# EXHIBIT A

# Klamath River Basin

