# EXHIBIT E



# State Water Resources Control Board

**Terry Tamminen**
*Secretary for
Environmental
Protection*

**Division of Water Rights**
1001 I Street, 14th Floor ♦ Sacramento, California 95814 ♦ 916.341.5300
Mailing Address: P.O. Box 2000 ♦ Sacramento, California 95812-2000
FAX: 916.341.5400 ♦ www.waterrights.ca.gov



**Arnold Schwarzenegger**
*Governor*

April 22, 2004

Magalie R. Salas, Secretary
Federal Energy Regulatory Commission
888 First Street, N. E.
Washington, DC  20426

Dear Ms. Salas:

APPLICATION FOR NEW LICENSE, KLAMATH HYDROELECTRIC PROJECT -
FERC #2082

On March 1, 2004, we received a copy of the Application for New License (application) for the
Klamath Hydroelectric Project (project), Federal Energy Regulatory Commission (FERC)
Project #2082. The project is owned and operated by PacifiCorp. The FERC issued a Notice of
Application Tendered for Filing, and solicited requests for additional studies, with a deadline of
April 26, 2004. State Water Resources Control Board (SWRCB) staff and North Coast Regional
Water Quality Control Board (NCRWQCB) staff reviewed the application for conformance with
the requirements of title 18 of the Code of Federal Regulations, sections 16.8(c) and 4.51, and
with the requirements for a complete application for water quality certification under section 401
of the Clean Water Act (401 certification). After reviewing the application we have identified
additional studies/information that will be required for the SWRCB to make an affirmative
decision on the completeness of an application for 401 certification. This letter notifies the
FERC of the additional studies and/or information that the SWRCB will be requesting from
PacifiCorp. See Cal. Code Regs. tit. 23, § 3835, 3856. Also included in this letter are general
and specific comments on the application, information on California Environmental Quality Act
(CEQA) compliance, and comments on the collaborative process.

**Clean Water Act Section 401 Certification**
Section 401 of the federal Clean Water Act (33 U.S.C. § 1341) (CWA) requires any applicant for
a federal license or permit, which may result in any discharge to navigable waters, to obtain
certification from the State that the discharge will comply with the applicable water quality
parameters in the Act. In this case the federal agency issuing the license is the FERC. The
sections of the CWA for which a state must certify compliance before issuing a section 401
certification include sections 301 and 302 (effluent limitations), section 303 (water quality standards
and implementation plans), section 306 (national standards of performance for new sources), and
section 307 (pretreatment effluent standards).

Under section 303 of the CWA and under the Porter-Cologne Water Quality Control Act, the
NCRWQCB has adopted and the SWRCB and U.S. Environmental Protection Agency have
approved the *Water Quality Control Plan for the North Coast Region* (1993) (Basin Plan) (North
Coast Regional Water Quality Control Board, 1993). The Basin Plan designates the beneficial

*California Environmental Protection Agency*



♲ *Recycled Paper*

Magalie R. Salas                          - 2 -

uses of waters to be protected along with the water quality objectives necessary to protect those uses. The Basin Plan for the North Coast Region lists municipal and domestic supply, industrial service and process supply, ground water recharge, freshwater replenishment, hydropower generation, water contact recreation, non-contact water recreation, commercial and sport fishing, warm and cold fresh water habitat, wildlife habitat, migration, spawning, reproduction and/or early development, aquaculture, and rare, threatened and endangered species as beneficial uses of the Klamath River. The beneficial uses of the water at Copco and Iron Gate Reservoirs are listed as freshwater replenishment; hydropower generation; water contact recreation; non-contact water recreation; commercial and sport fishing; warm and cold freshwater habitat; wildlife habitat; migration, spawning, reproduction and/or early development; aquaculture; and rare, threatened or endangered species. The beneficial uses together with the water quality objectives that are contained in the Basin Plan constitute state water quality standards under section 303 of the CWA.

The water quality objectives set or describe the water quality limits necessary to achieve and protect the beneficial uses. PacifiCorp must evaluate the impacts of its project on the Klamath River and the waters stored within project reservoirs in order to determine whether the project complies with all applicable water quality objectives in the Basin Plan, and that the project does not impair the established beneficial uses of the Klamath River or the reservoirs. Of the various applicable water quality objectives, the most critical are dissolved oxygen, temperature, and nutrients. However, PacifiCorp should evaluate its project for compliance with all water quality objectives in the Basin Plan, as well as other applicable objectives and criteria, such as those included in the California Toxics Rule (CTR), the Department of Health Services' Maximum Contaminant Levels (MCLs), etc. If the project does not comply with one or more of the water quality objectives or criteria then PacifiCorp must describe the actions that it will take to bring its project into compliance with the applicable water quality limits in order to protect and maintain the beneficial uses. Please note that in cases where there are multiple criteria for the same constituent, the most stringent criterion applies.

As you know this Project operates in both California and Oregon. Accordingly, there is a potential that discharges from parts of the project that are located in Oregon may adversely affect the ability to meet the water quality standards in California. Two agencies must issue 401 certifications for this project, the Oregon Department of Environmental Quality (ODEQ) and the SWRCB. The SWRCB comments primarily will focus on the aspects of the project in California. However, we have requested studies in Oregon to determine the impacts to water quality in California. We have been working, and will continue to work, closely with the ODEQ on coordination of the Clean Water Act section 401certification issues for this project.

In the application PacifiCorp states it expects that water quality measures will be refined as consultation and coordination continues on the 401 certification process. The submission of the application, and subsequently the application for 401 certification, are critical steps in the "consultation" to obtain a 401 certification. SWRCB staff have been providing PacifiCorp guidance on the information that will be required to complete its application for 401

Magalie R. Salas                                    - 3 -

certification. While SWRCB staff will continue to assist PacifiCorp in completing its application for 401 certification, it must be diligent and committed to following the advice provided.

**General Comments**

The application fails to fully address all of the project impacts on water quality, specifically the beneficial uses of the Klamath River. Section 3.0 of Exhibit E provides a description of the water quality standards (beneficial uses, and water quality objectives), but does not describe the impacts of the project on water quality standards. Because a description of the impacts is not included in the application, PacifiCorp was unable to provide measures to avoid or mitigate project induced impacts. The application must disclose all of the water quality impacts and provide a list of measures to avoid or mitigate project induced impacts to water quality. Without this information the SWRCB will not be in a position to find that the application for 401 certification is complete [d1]or consider issuance of section 401 certification.

CEQA (Cal. Pub. Resources Code, § 21000 et. seq.) requires public agencies to consider the environmental impacts of their decisions to carry out or approve projects. It is the policy of the State of California to develop and maintain a high quality environment now and in the future, and take all action necessary to protect, rehabilitate, and enhance the environmental quality of the state. It is also state policy to take all action necessary to provide the people of the state with clean water, and prevent the elimination of fish or wildlife species due to man's activities, and to insure that fish and wildlife populations do not fall below self perpetuating levels.

The project impacts of concern to SWRCB and NCRWQCB staff are those to water quality (specifically the cold freshwater habitat beneficial use) and fisheries (spawning, reproduction, and/or early development; migration of aquatic organisms; and rare, threatened or endangered species beneficial uses). The Klamath River once sustained large runs of steelhead and salmon, and is described as the third greatest salmon and steelhead river on the West coast, only behind the Sacramento River and Columbia Rivers. The Basin Plan, which the SWRCB and the NCRWQCB have the responsibility to implement, protects all of the anadromous fish in the Klamath River by designating beneficial uses (cold fresh water, spawning, reproduction, and/or early development; migration or aquatic organisms; and rare, threatened or endangered species beneficial uses). Modeling shows the project decreases water temperature in the spring/early summer and increases water temperature during the late summer/fall downstream of Iron Gate Dam. While the water quality is affected below Iron Gate Dam, project dams have inundated and blocked access to important historic salmonid spawning and rearing habitats. The cumulative effects of impaired water quality and reduction of critical habitat has resulted in significant impacts to anadromous fish. This is reflected by the National Oceanic and Atmospheric Administration (formerly National Marine Fisheries) listing of the Southern Oregon/Northern California coho salmon as a threatened species in 1991, the substantial decline in numbers of fall run Chinook salmon, steelhead, and the extirpation of spring run Chinook salmon from the Middle Klamath River. Anecdotal information indicates that the last spring run

Magalie R. Salas                          - 4 -


Chinook salmon disappeared from the Middle Klamath River soon after the construction of Iron Gate Dam
(Mike Belchik, per. comm.). The key to stopping the decline of salmon is the removal of dams and/or the protection and/or restoration of their spawning streams (Moyle, 2002). Dam decommissioning therefore, must be an alternative fully evaluated as mitigation for the water quality impacts of this project. The section on additional studies and/or information below further addresses the issue of dam decommissioning.

The various sections of the application present observations, but in many cases fail to make linkages to other observations in other sections. This is not well integrated into an overall picture of impacts and ways in which PacifiCorp intends to minimize or prevent them.

Pre-project and "without project" (WOP) is couched in terms of existing conditions. This baseline makes it relatively easy to express conclusions of no project impact. At a minimum, the WOP alternative should assume a restored and functioning river. The WOP alternative is not consistently analyzed across all facets of the operation. For example, there is brief WOP discussion regarding water quality, but none regarding fisheries or recreation. PacifiCorp should analyze conditions and impacts for all facets of the project under a WOP scenario.

PacifiCorp (Toby Freeman) has stated repeatedly that it will not consider a full range of project alternatives (i.e. dam removal). The SWRCB has independent regulatory authority and responsibilities to condition the project to protect water quality and the beneficial uses of the affected lakes and stream reaches consistent with section 401 of the CWA. Any certification under section 401 by the SWRCB must be consistent with the standards in the Basin Plan[d2], SWRCB regulations regarding water quality certifications, CEQA, and any other applicable state law. Without adequate information on a range of alternatives for relicensing, the SWRCB will not be in a position to issue a section 401 certification.

Water quality in the Klamath River is controlled to a large extent by Upper Klamath Lake (UKL). UKL is a hypereutrophic lake due to large inputs of phosphorus rich spring water and phosphorus rich sediments from upstream natural and anthropogenic sources. Sediment sampling has shown that the species of diatoms and algae in UKL, along with water quality began to change concurrent with European settlement about 1850. Large nutrient inputs have resulted in massive blooms of cyanobacteria (*Aphanizomenon flos aquae*), which have caused significant water quality impacts (low dissolved oxygen, high pH, increased water temperature) resulting in large fish kills. Water quality conditions in UKL largely control water quality conditions in the lower river. However, studies show that the project also causes changes in water quality and impacts the beneficial uses of the Klamath River. Water quality is the dominant factor affecting most of the resources issues related to this project. The Klamath Basin is socially and politically complex with many parties competing over a finite resource provided by the Klamath River, water. It is important to understand the past, present, and future impacts of the project both within the FERC boundaries of the project, and on a basin wide scale.

Magalie R. Salas                                          - 5 -

SWRCB and NCRWQCB staff reviewed the application for consistency with the requirements in title 18 of the Code of Federal Regulations, sections 16.8(c) and 4.51. The application does not contain all of the information required by these sections. Because the application is not complete per the requirements of title 18 of the Code of Federal Regulations, sections 16.8(c) and 4.51, the application is deficient or patently deficient. 18 C.F.R. § 4.32 (e).

## Specific Comments

### Initial Statement

Page 10 – PacifiCorp holds a California appropriative water right (License 9457) for a maximum diversion of 1,800 cubic feet per second (cfs) through the power generators, 50 cfs through the fish propagation facilities and 3,300 cfs to refill the pondage or regulatory storage space in Iron Gate Reservoir. The total diversion shall not exceed 3,300 cfs. The application should recognize that the license for Iron Gate is subject to and subordinate to water rights for the diversion of water from the Klamath River for use in the Shasta Valley-Ager area for higher uses, up to an annual quantity of 220,000 acre feet, under certain conditions. The State of California also holds a senior water right for 60,000 acre feet of water, stored in Iron Gate Reservoir, for the purpose of generating power at Iron Gate Dam. The State of California holds a second senior water right for 60,000 acre feet of water stored in Iron Gate Reservoir, for the purposes of irrigation, industrial, domestic, municipal, recreation, and fish and wildlife uses in the Shasta Valley.

PacifiCorp claims two pre-1914 water rights for the Fall Creek Powerhouse. In 1985 the turbines and supply valves were replaced, and in 1988 the canal was upgraded. PacifiCorp must explain if there was a change in capacity of the canal or generator in 1985 or 1988. Any increase in the amount of water diverted from Fall Creek that is not authorized under a pre-1914 or other valid water right would require a new water right permit. SWRCB staff will also request that PacifiCorp submit generation records from before and after 1988 to document if there was a change in generation.

### Executive Summary

Page 3-7 – PacifiCorp is proposing to exclude the Keno Development (Dam and Reservoir) from any new FERC license that may be issued. The decision to allow removal of this development from the project license will be determined by the FERC. PacifiCorp must study the impacts of the development, and propose Protection, Mitigation, and Enhancement (PM&E) measures for the project until such time as the FERC approves removal of the development from the new license. Keno Reservoir creates significant water quality impacts, both in the reservoir and downstream in the Klamath River. PacifiCorp must disclose all of the water quality impacts and provide a list of measures to avoid or mitigate project induced impacts to water quality.

Page 3-8 – PacifiCorp states that "The reservoirs are more effective than the Klamath River in retaining organic matter, especially particulate forms, and nutrients delivered from the Upper Klamath Lake and the Klamath Irrigation Project. Retention of organic matter and nutrients in the reservoirs results in periodic seasonal blooms of planktonic algae and contributes to low

Magalie R. Salas                    - 6 -

dissolved oxygen below the thermocline. This results in a net decrease in organic matter and
nutrients that otherwise would continue downstream and contribute to increased algae growth in
the Lower Klamath River." The assumption that the reservoirs trap nutrients at a greater rate
than the river would in a restored (without project) condition is repeated throughout the
application. The application does not provide substantial evidence to support this conclusion,
and may in fact provide information that does not support the assumption. The water quality
model prepared by Watercourse Engineering uses the CE QUAL W2 model for reservoirs, and
the RMA 11 and RMA 2 models for the river reaches. For the WOP scenarios, reservoir
bathymetry was used to develop river geometry, and the CE QUAL W2 (reservoir) sections of
the model were converted to RMA 11 and 2. This conversion is poorly documented in Appendix
4A of the Water Resources DTR, Klamath River Modeling Framework. Under the WOP
scenario at about river mile 185-190 there is a sudden and extreme diel fluctuation in dissolved
oxygen (DO) (Figure 4.8-70, Water Resources DTR). This is attributed to the algal dynamics in
the middle Klamath River in the vicinity of, and below, Iron Gate Dam. Transport of organic
matter and nutrients under WOP takes 2 to 3 days from Link River, compared with 6 to 8 weeks
in the existing condition (EC). PacifiCorp therefore assumes that under the EC extended transit
times allow sufficient time for nutrient retention and particulate matter to settle in the reservoirs.

SWRCB and NCRWQCB staff have discussed this issue at length and cannot concur with the
conclusion that reservoirs are trapping nutrients at a greater rate than the river in a WOP
condition. The following comments will clarify the basis of this conclusion:

- When the water quality model was converted from the EC to the WOP condition, the
  model assumed the river continued to function in its current (degraded) condition. Under
  a true WOP condition, the river's assimilative capacity would increase with the increase
  in quality and quantity of periphyton and riparian function. Watercourse Engineering
  conducted some attached algae surveys last year, and additional surveys will be
  conducted this year (see additional information request below). The algae studies may
  show differences in attached algae between the peaking reach and the river below Iron
  Gate Dam that may inform assumptions used in the model. The large diel swing in DO at
  river mile 185-190 appears to be an artifact of the model. It is abnormal for a river to
  experience a sudden large swing in DO at a specific location. SWRCB staff believe that
  changing model assumptions about primary production may provide a much different
  conclusion. Some sensitivity analysis of the model may also be needed to understand
  which factors are driving model SWRCB staff will request that additional model runs be
  made with different assumptions (see additional information request below).

- Beginning in 1996 the United States Geological Survey (USGS) conducted a water
  quality study of the Klamath River at the request of the Klamath River Basin Fisheries
  Task Force and the U.S. Fish and Wildlife Service (Campbell, 1999). The objective of
  the report was to characterize water quality as it affects anadromous fish production.
  The conclusion of the report was that both total and ortho-phosphorus concentrations had
  a tendency to increase in a downstream direction from Keno to Iron Gate. Ammonia,

Magalie R. Salas                               - 7 -

total Kjeldahl nitrogen, total nitrogen and total organic nitrogen concentrations exhibited a strong tendency to decrease in a downstream direction. Nitrate concentrations tended to increase in a downstream direction. The conclusion of the report was that "the reservoirs–in–series do not seem to be functioning as a significant nutrient sink between the Keno, OR and Iron Gate Dam, CA locations. . . . "

- Recent monitoring by USGS further supports the findings by Campbell (1999). USGS conducted water quality monitoring in the Klamath River in July, August, and September 2002, and calculated loading rates based on the monitoring results. With the exception of ammonia plus organic-Nitrogen and pheophytin-a loads in September 2002, nutrient and organic material loads (including ammonia-Nitrogen, ammonia plus organic-Nitrogen, ortho-Phosphorus, total Phosphorus, chlorophyll-a, and pheophytin-a) all increase in the months July, August, and September 2002 from the monitoring station located on the Klamath River below Shovel Creek (located upstream of Copco Lake) to a monitoring station located below Iron Gate Dam (USGS, 2004). This same comparison is not possible for 2003, as USGS did not monitor stations upstream of Iron Gate Dam.

- The application includes a report by Eilers and Gubala on sediment samples from all of the project reservoirs. The sediment samples in the reservoirs were reported to have lower water content than those in Upper Klamath Lake, which is an indicator of a higher proportion of inorganic material. The carbon, nitrogen, and phosphorus content of the samples was also measured. The carbon content of the samples was highest in Lake Ewanuna, and consistently low in J.C. Boyle, Copco, and Iron Gate Reservoirs. The low carbon content, along with the low water content, would indicate that these impoundments are not accumulating organic matter and associated nutrients. Further, on a percentage basis the ratio of carbon to nitrogen (C:N) of Project reservoir sediments are almost twice as great as that expected for phytoplankton (FTR Page 6-43). This may indicate that, on a percentage basis, phytoplankton are not a major component of the sediments.

- At the end of October 2003, Joe Eilers (Eilers, 2004) was conducting hydro acoustic testing to locate fish in Copco Reservoir. While on the reservoir, a low-pressure system developed, and wind increased. He observed a massive release of gasses from the bottom of the reservoir that turned the surface of the reservoir to foam. This large release of gasses could have pushed accumulated nutrients into suspension, and facilitated their transport out of the reservoir. While the reservoirs may trap some nutrients and organic matter during the summer period of high phytoplankton activity, the accumulated materials may become suspended and flushed from the reservoirs during fall turnover. In Exhibit E, page 3-108 there is a statement that "Extended periods of anoxia promote conditions that result in the reduction of $NO_3$ to $NH_4$ and can lower the ORP to the point that phosphorus is released from the sediment." Such conditions occur regularly in Copco Reservoir. Under this condition phosphorus and ammonia would be held in suspension and readily dispersed during reservoir turnover. Additional monitoring would

Magalie R. Salas                                - 8 -

confirm the transport of high concentrations of nutrients from the reservoirs after fall turnover.

- To determine the nutrient trapping capacity of the reservoirs, additional core samples should be collected and analyzed to quantify the nutrient content of sediments. This should provide verification of the assumption that the reservoirs are trapping nutrients at a greater rate than the river.

Page 3-8 – Modeling shows that the project decreases water temperature below Iron Gate Dam in the spring and early summer, and increases water temperature in the late summer and fall. The decrease in water temperature in the spring/early summer may cause a retardation of juvenile salmonid development. Increase in temperature in the late summer/fall may impact returning adult fall run Chinook, Chinook egg incubation, and other species present in the river. Additional modeling has shown that cold hypolimnetic water from Iron Gate Reservoir could reduce water temperature for about a six-week period. The dissolved oxygen (DO) level in the hypolimnion of Iron Gate Dam is very low, which may require water to be oxygenated prior to release. Hypolimnetic water in Iron Gate Reservoir is also high in ammonia, and possibly methane and/or other constituents, which may be detrimental to downstream fisheries. Depletion of the cold water supply in the reservoir could result in significant impacts to the operation of the Iron Gate Hatchery that is dependant on the cold hypolymnetic water in the reservoir. PacifiCorp concludes that the low-level release of cool water for temperature management downstream of Iron Gate Dam is limited and may not be practicable (Exhibit E, page 3-211). PacifiCorp has only explored one option to mitigate for the impacts to water temperature below Iron Gate Dam. A full range of options to control water temperature must be evaluated. PacifiCorp must explain how it will mitigate for impacts caused by the alteration of water temperature below Iron Gate Dam. A request for additional study and information related to this issue is listed below.

Page 4-4 – PacifiCorp makes the statement that "Water quality in the Klamath River likely limits all runs of andromous fish at some point in their lifecycle, especially during the summer." PacifiCorp should identify and explain what water quality issues limit anadromous fish. It must also explain the impact of its project on the water quality and anadromous fish in the Klamath River. Once the water quality impacts are identified, PacifiCorp must provide measures to avoid or mitigate for the impacts.

Page 4-10 – The conclusion is there is no impact to trout spawning/incubation/emergence, because no trout spawning occurs in the peaking reach, because there is not any gravel. However, the geomorphology study recognized that gravel is not found in the project bypass and peaking areas because of scouring flows. That is a project impact and should be recognized as such. PacifiCorp is proposing to augment gravel in the river below J.C. Boyle and Iron Gate Dams. Monitoring will be required to determine if this action will provide adequate mitigation for the loss of spawning gravel.

Exhibit E 3.0

Magalie R. Salas                    - 9 -

Page 3-19 – It is important to understand that PacifiCorp and the Bureau of Reclamation (BOR) coordinate flows at Link River, flows through the East and West Side Powerhouses, and flows in and out of Keno Reservoir to provide stable flows below Keno Dam. The WOP scenario shows wide daily/weekly fluctuations in flow, which may not occur, in a real WOP situation. The BOR may be under some obligation to regulate flows in the Klamath River below Keno Dam. If the FERC approves removal of Keno from any license that may be issued, the FERC should consider whether PacifiCorp can and should be required to operate the dam to provide flow stability downstream.

Pages 3-44 & 45 – The information on water rights is incorrect. The correct information on water rights is on page 10 of the Initial Statement.

Page 3-129 – PacifiCorp states that "it is unlikely that the J.C. Boyle peaking reach supports broadly distributed populations of large unionid bivalves." PacifiCorp attributes this condition to the high gradient nature of the reach. Data should be submitted to support this conclusion. Other factors are also likely to contribute to the lack of mussel diversity in this reach, including the effects of the peaking operations, and the exclusion of appropriate host species.

Section E3.5 - This section contains a description of the water quality conditions in the project "in the context of applicable water quality standards or objectives." There is a section for each of the water quality objectives listed in the Basin Plan. Each of these sections describes, in general terms, the water quality conditions, and lists the water quality objective. The summary data are not sufficient to determine if the PacifiCorp analysis is adequate (e.g., monthly or annual averages will dampen the impact of episodic releases). This section, and the entire application, fails to describe the project impacts on each of the water quality objectives. In California, the water quality standards consist of the beneficial uses, and the water quality objectives necessary for the protection of the beneficial uses. The objectives are either narrative or numeric. Once compliance with the objective is evaluated, there must be an analysis of the impact to the designated beneficial uses in the Basin Plan. The application fails to address impacts to beneficial uses.

Page 3-132 – The potential beneficial use of Aquaculture is missing from the list.

Page 3-133 – The Klamath River is designated as a Cold Interstate River, and as such, the temperature water quality objective is "Elevated temperature waste discharges into cold interstate waters are prohibited." This is a stricter standard than the standard shown in the application, which is for cold intrastate rivers. Additionally, the Basin Plan contains the following objective: "At no time or place shall the temperature of any COLD water be increased by more than 5° F above natural receiving water temperature." The stricter standard applies when two standards are shown.

Page 3-145 – The statement that California identifies the Klamath River as warm water, cold water, and wild trout habitat needs to be clarified. The Basin Plan identifies the Klamath River

Magalie R. Salas                    - 10 -

as warm and cold freshwater habitat. The "wild trout habitat" designation is incorrect with regard to the Basin Plan. The "WILD" designation in the Basin Plan is for uses of water that support terrestrial ecosystems, including preservation and enhancement of terrestrial habitats, vegetation, wildlife, and wildlife water and food sources. The California Department of Fish and Game has designated the Klamath River from state line to Copco Reservoir as a wild trout reach with special regulations. Further, the Klamath River is on the CWA section 303(d) List for nutrients, temperature, and low dissolved oxygen all the way to the mouth, not just to the Scott River.

Page 3-145 – PacifiCorp erroneously compared the temperature at Link River to Iron Gate. It implies that under natural conditions (i.e., presumably without the project) the temperatures at Iron Gate would be the same or follow the same pattern as the temperature at Link River. This ignores the spring accretions and the input from Jenny Creek and Fall Creek, which might be significant in summer flows in the natural state. These inputs would not be represented in the pattern seen at Link River. The comparison should be to natural receiving water temperatures as called for in the Basin Plan, not to an upstream location.

Page 3-146 – When comparing the existing condition to a modeled WOP scenario, the river below Iron Gate Dam is warmer in the fall. This section of the application does not acknowledge that the same modeling shows the river is also cooler in the spring/early summer. As discussed above, both the cooling and warming of waters may have an impact on the beneficial uses of the river.

Page 3-146 -- Figure E3.5-7 uses daily average temperature. The text should discuss or reference a discussion as to the biological significance and relevance of this metric, and why this metric was chosen over other metrics for presentation of these results.

Page 3-148 – The water quality objective for dissolved oxygen (DO) in the Klamath River below Iron Gate Dam is a minimum of 8 mg/l with 50% or more of the monthly means greater than or equal to the lower limit 10 mg/l. The Karuk Tribe has conducted water quality monitoring in the Klamath River for several years (Karuk Tribe of California, 2003). They have established an objective of 6.0 mg/l for cold waters and a minimum of 9.0 mg/l during spawning and egg incubation. In 2002 they recorded 63 days for violation of the cold-water objective, and 213 days for violations for the spawning objective. Their data showed a maximum DO of 5.9 mg/l and a minimum of 1.9 mg/l on August 28, 2002. Their data shows pronounced episodic depressions in DO. PacifiCorp did not identify these events in the application. There is a discussion about a seiche, or wave, (Water Resources FTR, page 3-44) in the stratification that occurs in both Copco and Iron Gate Reservoir that may be responsible for these low DO events. PacifiCorp must explain these low DO measurements below Iron Gate Dam.

Page 3-154. The text suggests that changes in nutrient concentrations correspond to changes in Klamath Project diversions. If the document is asserting a causal link, the rationale for the link needs to be presented and discussed.

Magalie R. Salas                        - 11 -

Page 3-151 – PacifiCorp attributes pH exceedances to photosynthetic activity because of the timing of the exceedances (March through November) and because their occurrence with high chlorophyll-a levels. PacifiCorp states that this is "a natural consequence of the high nutrient concentration of the waters entering the proposed Project area." PacifiCorp does not analyze the impacts of the reservoirs on nutrient cycling. The reservoirs are not a natural part of the river system. PacifiCorp also should discuss the potential for modifying photosynthetic activity, and photosynthetically induced pH changes, through operational changes or dam removal. PacifiCorp should compare the pH levels in the project segments to natural receiving water.

PacifiCorp states that "The Project does not cause or enable transformations in forms of nitrogen that could contribute to excess production in the Klamath River below the Project area." PacifiCorp dismisses the influence of the reservoirs on the biotic community that can fix atmospheric nitrogen or can change the forms of available nitrogen. The forms of nitrogen, not only the total concentration, are significant. PacifiCorp should analyze these data on a mass-loading basis, instead of just concentration. PacifiCorp should describe the nutrient cycling (seasonally and over time) in the reservoirs on a mass basis as well as concentration basis.

Page 3-162 –PacifiCorp appears to assert that the reservoirs play no role in the aesthetic conditions – the offensive algal blooms and associated odors. PacifiCorp attributes the conditions to agriculture and other upstream sources ignoring the role that the reservoirs play in establishing conditions for the overgrowth of algae. PacifiCorp also implies that, if not for the recreation opportunities offered by the reservoirs, no one would be offended because the conditions would not be noticed. SWRCB staff are concerned that PacifiCorp does not understand their contribution, or obligations to protect water quality. The designated beneficial uses for the reservoirs must be protected.

E 3-167 – PacifiCorp discusses only the California antidegradation policy. The federal antidegradation policy also applies and should be discussed. This is important because the two policies are different in some respects. For example, the federal policy applies to all waters of the U.S. regardless of the quality, whereas the state policy applies only to high quality waters. The federal policy applies only to existing beneficial uses, whereas the state policy applies to both existing and potential beneficial uses.

Page 3-196 – PacifiCorp is proposing to increase the minimum instream flow release and alter peaking operations at J.C. Boyle. A minimum of 200 cfs plus the J.C. Boyle Bypass Reach accretion will be provided at the USGS gauge downstream of the powerhouse. In addition, peaking operations will not exceed a 1,400 cfs maximum change in a 24- hour period. PacifiCorp is making this change to provide flow stability for aquatic resources while continuing to provide a balance of whitewater boating and angling opportunities. The change in peaking may provide only very small benefits to the aquatic system, and it is not clear how the change will effect whitewater boating and angling opportunities. A 1400 cfs rate of change is still a very extreme peaking event that will have significant impacts. On September 23, 1959, the Federal

Magalie R. Salas                    - 12 -

Power Commission (FPC) issued a decision on the application for amendment of license by the California Oregon Power Company to construct Iron Gate Dam. The decision was based on the impacts caused by fluctuations in flow between 200 and 3300 cfs on a daily basis below Copco #2 powerhouse. These flow fluctuations were having a significant impact on navigation and fisheries in the river and "The evidence shows that fluctuating water levels such as this have a decidedly detrimental effect on fish and aquatic life."

It is not clear from the information supplied in the application how this change in operation compares to past operations. A number of years should be modeled comparing actual hydrographs with the new proposed peaking schedule. PacifiCorp must provide hydrographs that show the impact of the change in peaking operations on whitewater boating and angling. PacifiCorp should fully evaluate the impacts on boating and angling opportunities and provide appropriate methods to avoid, minimize, or mitigate for any impacts. It is also stated the change in peaking operation will improve water quality conditions, including decreasing the reach's unproductive varial zone (i.e. the area that becomes watered and dewatered on a daily basis due to peaking flows). These statements should be supported and quantified.

PacifiCorp states that the river below Iron Gate will be operated as run-of-the-river as directed by the BOR Operations Plan. PacifiCorp states that "Any additional increases in discharges from Iron Gate would require additional flow from upstream of the Project." This statement is not correct. During the fish kill in 2001 PacifiCorp released stored water from project reservoirs to help avert flow-related passage problems. PacifiCorp should explain the amount of regulatory storage available for use downstream, consistent with its water rights.

Page 3-213 -- The timing of maintenance activities can impact the ability to respond to an ensuing fish die-off. Last summer, during a critical period of upstream salmonid migration, the reservoirs were drawn down and any additional flow that might have been needed to avert a passage-related die-off would have had to come from upstream of Copco Reservoir. PacifiCorp should include a provision that it would not draw down Iron Gate or Copco reservoirs during critical times when additional flow might be needed downstream during a fish die-off emergency.

Section E 3.9 – This section provides a brief discussion of the continuing impact of the project on water use and quality. PacifiCorp states that the project will continue to have effects on water quality, but again repeats the assumption that the reservoirs are more effective than the river at trapping organic matter and nutrients from UKL and the Klamath Irrigation Project. As stated above, SWRCB staff do not agree with the assumption that reservoirs provide enhanced water quality benefits to the river.

Exhibit E 4.0
Page 4-5, Table E4.1-2 - To our knowledge delta smelt do not occur in the Klamath River (Moyle, 2002).

Magalie R. Salas                         - 13 -

Page 4-13 - The application concludes that there is little or no spawning habitat for trout in the peaking reach, and the amount of spawning gravel is limited because of J.C. Boyle Dam. The Salt Caves Project Application is cited as a reference for these conclusions. The Salt Caves Project Application states that the largest potential spawning area for trout is located near river mile 214. Because peaking operations start when trout eggs are in the gravel, they would become desiccated (City of Klamath Falls, November 1986) from the reduction in daily peaking flow magnitude and duration.

Page 4-14 – On September 23, 1959, the Federal Power Commission (FPC) issued a decision on the application for amendment of license by the California Oregon Power Company to construct Iron Gate Dam. The California Department of Fish and Game provided testimony that the Iron Gate Development would prevent access by salmon and steelhead trout to about 16 miles of spawning gravel and would also destroy one the of the most popular stream fishing areas in the upper Klamath River. As part of the amendment the Federal Power Commission required the California Oregon Power Company to build fish trapping, egg taking, and hatchery facilities. The Supreme Court later settled the disagreement over the cost to operate the hatchery.

Page 4-66 – Despite the hard work on instream flow issues by the relicensing collaborative, a number of tasks are left to be completed. These are listed in the application. One component of the study plan not listed as outstanding is completion of 2-D modeling agreed to by the Aquatic Working Group. It is important that the collaborative reach agreement on the Study Plan 1.12, Instream Flow Analysis Study Plan. This information is needed to determine the impacts of the project on the beneficial uses of the project-affected streams. PacifiCorp must complete a thorough assessment of instream flow needs for redband trout, other native resident species, and potentially anadromous species including salmon and steelhead.

Page 4-83 – Typical peaking operations at J.C. Boyle result in a streambed varial zone of about 30 feet with a river stage change of 20 inches in a period of 3 to 6 hours. Despite the admission that small fish would likely be affected by this peaking operation, the analysis of this impact is deficient in information to evaluate the validity of the study, namely are there sufficient numbers of juvenile fish in the peaking zone to observe stranding if it occurs? The Federal Power Commission acknowledged in 1959 that "evidence shows that fluctuating water levels such as this have a decidedly detrimental effect on fish and aquatic life." Flow fluctuations of this magnitude can also have a significant impact on attached algae. Studies on the Pit River (Spring Rivers Ecological Sciences, 2003) showed that flow fluctuations of a similar magnitude reduced attached algae covering 100 percent of the bed to an average of 0.6 percent coverage after the high flow event.

Page 4-92 – Studies have shown there is a difference in redband trout growth rates between the J.C. Boyle Peaking Reach and the Keno Reach. Figure E4.2-19 demonstrates that trout grow faster in the peaking reach until age two to three. After this age there are less age 3-5 trout in the peaking reach. Clearly the trout growth is being affected in the peaking reach. Craig Addley has completed a bioenergetics model for the project. The density and size of macroinvertebrates

Magalie R. Salas                    - 14 -

was low in drift samples collected in the peaking reach. Drift samples in the peaking reach contained 0.1 prey/cubic foot, compared to 0.8 prey/cubic foot in samples from the river below Iron Gate (Addley, Per. comm.). There were eight times as many prey available below Iron Gate compared with the peaking reach. Preliminary modeling showed that conditions limit the growth of fish over 400 mm. This is consistent with the age/length data that was collected in the peaking reach. Additional drift sampling in the Keno Reach would help explain the differences in fish growth between the two reaches.

In the application, PacifiCorp concludes that spawning is not known to occur in the peaking reach because of the lack of suitable sized spawning gravel. Based on this information the conclusion is the peaking operation does not affect any known trout spawning areas. The Salt Caves Project Application states that the largest potential spawning area for trout is located near river mile 214 in the peaking reach. Because peaking operations start when trout eggs are in the gravel, they would become desiccated (City of Klamath Falls, November 1986) from the reduction in daily peaking flow magnitude and duration. The peaking operation may have over time reduced or eliminated trout that spawned in the main stem. Changes in geomorphology caused by the project may have also contributed to a reduction of spawning gravel. PacifiCorp must provide justification that the project does not impact the spawning ability of trout in the Klamath River.

Section E4.3 – Without question there has been a long-term significant decline in numbers of anadromous fish in the Klamath River over the last century. The project has contributed to this decline. Since construction of Iron Gate Dam in 1960, coho salmon have been listed under the Endangered Species Act, and four other anadromous species are under review for listing.

Anadromous fish are affected by this project in two ways. First, project dams and reservoir inundation have eliminated access to important historical main stem and tributary spawning and rearing habitats. Second, the project alters water quality modeling downstream of Iron Gate Dam potentially affecting the migration, spawning and rearing of anadromous species. PacifiCorp fails to address the impacts of the project on the designated beneficial uses of spawning, reproduction, and/or early development; migration of aquatic organisms; and rare, threatened or endangered species.

To evaluate the impacts of this project on these beneficial uses requires a consideration of the historical, or natural background conditions, in the watershed. Water quality modeling and EDT modeling are providing some of the information on background conditions. However, PacifiCorp should also provide historical information on the anadromous fish runs (numbers) in the Klamath River. A collaborative subgroup was formed to help with the development of the EDT model. The EDT model requires the input of 46 habitat parameters. Because data were not available on all parameters in all reaches many assumptions were made. PacifiCorp must continue to work with the collaborative to reach agreement on the parameters used in the model. PacifiCorp must work with SWRCB staff to ensure that we agree with the parameterization of the model. Because of the large number of assumptions needed for a project of this size, it will

Magalie R. Salas                    - 15 -

be important to have a peer review of the model. Sensitivity analysis may be needed to understand which habitat parameters are driving the model output. SWRCB staff will not be able to use the EDT model without consensus of a large number of stakeholders, and a high degree of confidence in the function of the model.

SWRCB staff are concerned that PacifiCorp has made preliminary EDT runs without stakeholder input, and without documentation of the inputs in the model. The model shows that even with high reservoir survival self-sustaining runs of Chinook salmon could not be achieved. SWRCB staff believe this run may be showing the level of impact the project has on Chinook salmon.

Page 4-126 - Iron Gate Hatchery was developed as mitigation for the loss of 16 miles of anadromous fish habitat from the construction of Iron Gate Dam. While the hatchery does provide for the production of fall run Chinook salmon, coho salmon, and steelhead, it has not mitigated for the project impacts to spring run Chinook. In addition, the hatchery may cause secondary impacts to the Klamath River fisheries, including residualism in steelhead, and genetic impacts to wild strains. The hatchery may also be causing water quality impacts to the river from its effluent. PacifiCorp must explain all of the impacts resulting from the operation of the hatchery.

Exhibit E 7.0
SWRCB staff must ensure the Basin Plan beneficial uses of water contact, non-water contact, and sport fishing are protected. Altered flow regimes with different timing or less variation would alter the frequency and quality of boating and fishing opportunities (Recreation Resources FTR, Page 2-117). PacifiCorp is proposing to increase the minimum instream flow release and alter peaking operations at J.C. Boyle. A minimum of 200 cfs plus the J.C. Boyle Bypass Reach accretion will be provided at the USGS gauge downstream of the powerhouse. In addition, peaking operations will not exceed a 1,400 cfs maximum change in a 24- hour period. This change is made to provide flow stability for aquatic resources while continuing to provide a balance of whitewater boating and angling opportunities. Currently whitewater boating and fishing opportunities are provided at "near optimal" (Exhibit E, page 7-115) levels on most days. However, PacifiCorp also states "Altered flow regimes with different timing or reduced variation due to peaking would alter the frequency and quality of these existing opportunities." Future management is tied to understanding the impacts and trade-offs between whitewater boating and fishing. As such PacifiCorp must explain the impact of the project on the beneficial use. PacifiCorp should fully evaluate the impacts on boating and angling opportunities and provide appropriate methods to avoid, minimize, or mitigate for any impacts.

Exhibit E 9.0
The National Environmental Policy Act (NEPA) requires a discussion of socioeconomic effects in an Environmental Impact Study. PacifiCorp states that ongoing operations of Iron Gate Hatchery are considered a PM&E (page 9-45 of Exhibit E). Additional detail on socioeconomic values are presented in the Socioeconomic FTR. However, the hatchery was a required mitigation and cannot be considered a benefit. Instead it is a partial offset for the fishery values

Magalie R. Salas                      - 16 -

lost when Iron Gate Dam was constructed.  The baseline under NEPA is existing conditions, which includes the operation of the hatchery.  PacifiCorp has been consistent in following the NEPA baseline for all of the studies.  It is not clear why PacifiCorp now consider the hatchery to be a PM&E.

The FERC requires inclusion of the socioeconomic impacts of a project with estimates for changes in employment or income associated with any anticipated modifications to recreation use in the project area, such as whitewater rafting, boating, or fishing.  PacifiCorp has provided information on the replacement power value of this project.  The California Energy Commission will be providing detailed comments on these estimates.  However, PacifiCorp has not provided information on the value of other important resources being affected by the project.[d3] PacifiCorp should provide information on a range of alternatives, the costs and benefits of the alternatives, and the power and non-power values of the project.  PacifiCorp must provide the socioeconomics for a full range of alternatives for the project.  This includes the value of the salmon and steelhead fishery in a without project scenario and the cost of decommissioning the project.

**Status of Study Plans and Additional Studies/Information Required**

The FERC has requested that agencies submit additional study requests that should be conducted by PacifiCorp.  Below is a list of additional studies and/or information that is necessary for inclusion in a complete application for 401 certification.  The SWRCB will be notifying PacifiCorp that the studies and/or information listed below will be required for a complete application for 401 certification.  SWRCB staff also recommend that the FERC include these studies in the Additional Information Requests to PacifiCorp.  This list of study/information requests listed below should not be construed as the only ones required to complete the application for 401 certification.  Due to the number of alternatives that must be evaluated, and because many studies have not been completed, the SWRCB may request additional information and/or studies at a later date.

The application states that nine study plans were not approved by the collaborative and are outstanding.  These study plans are:

- Study Plan 1.7: Evaluation of Ramping Effects on Fish Downstream of Link Dam, Keno Dam, J.C. Boyle Dam, J.C. Boyle Powerhouse, Copco No. 2 Dam, and Iron Gate Dam.
- Study Plan 1.9: Fisheries Investigations.
- Study Plan 1.10: Fish Passage Planning and Evaluation.
- Study Plan 1.12: Instream Flow Analysis Study Plan.
- Study Plan 1.16: Evaluation of Effects of Flow Fluctuations on Aquatic Resources within the J.C. Boyle Peaking Reach.
- Study Plan 1.17: Investigation of Trout and Anadromous Fish Genetics in the Klamath Hydroelectric Project Area.
- Study Plan 1.18: Description of Migratory Behavior of Juvenile Salmon Smolts and Estimation of Success through Reservoirs using Radio-Telemetry Techniques in the Klamath Basin, 2004- Initial Study.

Magalie R. Salas                    - 17 -

- Study Plan 1.23: Sampling of Fisheries in Project Riverine and Reservoir Areas.
- Study Plan 7.2: High Level Socioeconomic Analysis of the Landscape Options – Phase 2.
- Study Plan 7.3: Analysis of Effects of Differences Between the Proposed Project and the Current Project on the Socioeconomic Environment – Phase 3.

While certain collaborative sub-groups continue to work on some of these study plans, no assurances are provided that the collaborative will approve these study plans. PacifiCorp should provide assurance it will continue working with the collaborative to reach agreement on all of these study plans. PacifiCorp also will be required to complete these study plans to the satisfaction of SWRCB staff. Failure to do this may result in unnecessary delays in the relicensing process.

Entrainment

The Characterization of Resident Fish Entrainment and Turbine-Induced Mortality study has been in dispute for some time. Information on fish entrainment will be necessary to analyze project impacts on beneficial uses. We do not expect that literature alone will provide adequate information on the number of fish being entrained at project facilities, and that some site specific studies will be required. SWRCB staff consider sampling the tailrace of the powerhouse the only adequate method to quantify the level of entrainment, determine the species being entrained, and the level of turbine mortality. There is a seasonal element to entrainment that must be considered when designing a study.

Instream Flow

As stated in the application, a number of tasks needed to complete the instream flow study need to be completed. We recommend that the collaborative continue to meet and reach agreement on the following:

- Approve rainbow trout and sucker HSC curves
- Complete 2D analysis for peaking reach
- Develop a habitat time series
- Complete bioenergetics modeling efforts
- Conduct peaking analysis
- Discuss modeling results as they relate to fisheries and other interrelated studies (e.g., recreation, geomorphology, etc), and
- Develop river flow regime recommendations for aquatic resources

Information from the instream flow studies is essential for determining flows needed to support restoration and recovery of depressed populations of aquatic species that reside in the Klamath River and tributaries within the Project, including redband trout and ESA-listed suckers. Should there be a proposal to reintroduce salmon and steelhead to the Copco 2 Bypass Reach, or the J.C. Boyle Peaking reach, additional modeling to determine the appropriate flow for these species will be required.

Magalie R. Salas                     - 18 -

Ecosystem Diagnosis and Treatment (EDT) and KlamRAS
A collaborative subgroup was formed to help with the development of the EDT model. The
EDT model requires the input of 46 habitat measures. PacifiCorp must work with SWRCB staff
to ensure that we agree with the parameterization of the model. Because of the large number of
assumptions needed for a project of this size, it will be important to have a peer review of the
model. For example, the model assumes that water temperatures over 21° C may cause severe
mortality (Exhibit E, page 4-122). Additional data may be required to verify this assumption for
the Klamath River. PacifiCorp should hold a workshop to explain all of the parameterization
and assumptions used in the model, and explain model results. Sensitivity analysis may be
needed to understand which habitat parameters are driving the model output. Where possible,
the model should be validated against actual production in similar comparable rivers. KlamRAS
is a stochastic life cycle model that will be used to understand the impacts of different fish
passage options. KlamRAS uses habitat data (EDT) and fish passage survival to estimate fish
production. It will be important to have some discussion and agreement on the input variables to
this model.

Water Quality Data
PacifiCorp collected, or cooperated in collection of synoptic water quality data in the Klamath
River and tributaries, and in the reservoirs (vertical profiles - grab and hydrolab). While the
application contains summaries of water quality data collected throughout the project and below
Iron Gate Dam, the raw data was not included. PacifiCorp should provide all of the raw water
quality data to the SWRCB. Additional water quality data will need to be collected for DO and
nutrients above and below Iron Gate Dam over a one-year period. The DO data is needed to
determine compliance with the water quality objectives in the Basin Plan. The nutrient data is
needed to determine the nutrient cycling in the reservoirs during fall turnover. SWRCB staff
will expect PacifiCorp to prepare a study plan for the review and approval of the SWRCB that
includes mass based nutrient cycling and flow through the project.

Numeric Water Quality Objectives
PacifiCorp has identified that its project alters water temperature in the Klamath River below
Iron Gate Dam. SWRCB staff will request additional studies to fully evaluate the impact of this
change in water temperature on the designated beneficial uses of the Klamath River.

When the Basin Plan lists narrative objectives, such as the one for temperature, the NCRWQCB
or SWRCB must develop numeric objectives through literature review or site-specific studies.
To determine the impact of PacifiCorp's project on the beneficial uses of the Klamath River,
SWRCB staff requested that PacifiCorp complete a study to develop site specific numeric water
quality objectives for Klamath River salmon, steelhead, and other species. SWRCB staff have
requested (verbally and in a letter dated January 30, 2004) that PacifiCorp develop numeric
water quality objectives for salmon and steelhead for the Klamath River. We expect PacifiCorp
to develop a study plan that addresses this issue for SWRCB and NCRWQCB staff review and
approval. During recent discussions, we agreed that PacifiCorp would review existing
temperature studies and objectives that have been developed (including Oregon Department of

Magalie R. Salas                    - 19 -

Environmental Quality and U.S. EPA) for salmon and steelhead and compile existing information on thermal refugia (Yurok Tribe and Bureau of Reclamation) from the Klamath River. Once this information is compiled PacifiCorp will develop proposed temperature objectives for review by SWRCB and NCRWQCB staff. After review of the information SWRCB staff will determine if the proposed objectives are adequate, or if addition information and/or studies are required.

State and Federal Agencies, and Tribal fisheries programs have been conducting surveys on outmigrating juvenile salmon and steelhead in the Klamath River and tributaries. PacifiCorp should compile this information, along with water temperature data, to determine the growth rates of juvenile salmon and steelhead in the main stem Klamath River versus the tributaries. This information will be used by SWRCB staff to determine the impact of reduced water temperature below Iron Gate Dam on growth of juvenile salmonids. In addition to the juvenile growth data, a bioenergetics model should also be developed to help evaluate the impacts of reduced water temperature on salmonid growth.

### Water Temperature
As discussed above, the project alters water temperature in the Klamath River below Iron Gate Dam. PacifiCorp has conducted some modeling to evaluate utilization of the cool hypolimnetic water in Iron Gate Reservoir to provide cooling in the river downstream of the dam. PacifiCorp concludes that the low-level release of cool water for temperature management downstream of Iron Gate Dam is limited and may not be practicable (Exhibit E, page 3-211). PacifiCorp must explain how it will mitigate for impacts caused by the alteration of water temperature below Iron Gate Dam. The SWRCB will require PacifiCorp to study, evaluate, and submit to the SWRCB a full range of alternatives to reduce water temperature during the late summer/fall, and increase water temperature during the spring/early summer.

### Dam Decommissioning
In our letter dated December 23, 2002, we requested that PacifiCorp develop a study plan consisting of a list of studies and engineering reports that would be necessary to decommission any of the project facilities (dams and powerhouses). At that time, studies showed that water quality impacts caused by the project could be mitigated through decommissioning. The requested study plan would have been used to direct the completion of the necessary studies and reports needed to decommission project facilities. PacifiCorp has not submitted the requested information to the SWRCB. Because the application has identified significant impacts from the operation of the project, dam decommissioning will be an alternative evaluated in the environmental document (see CEQA section below) prepared by the SWRCB as lead agency. PacifiCorp must submit the requested study to the SWRCB quickly. The SWRCB may request that additional studies be conducted to assist in the evaluation of the impacts of dam removal, or other alternatives that may be considered.

### Reservoir Core Samples

Magalie R. Salas                            - 20 -

The application cites a study by Eilers and Gubala (2003). Copies of the study must be submitted to the SWRCB and NCRWQCB. Additional core samples should be taken to assist in determining if the reservoirs are trapping nutrients and organic material. These core samples must also be analyzed for metals and toxic materials. This information will be used to determine the impacts of dam removal alternatives.

Water Quality Model

As discussed above, SWRCB staff have concerns about the WOP assumptions used in the water quality modeling. PacifiCorp should submit improved documentation on the assumptions used to develop WOP conditions in the model. Additional model runs will also need to be completed after SWRCB and NCRWQCB staff review the assumptions in the model. At this time SWRCB and NCRWQCB staff expect future model runs will be done by, and in consultation with, Watercourse Engineering. Future water quality model results must be compared to Basin Plan water quality objectives.

Attached Algae

Watercourse Engineering conducted attached algae sampling last year in the Klamath River below Iron Gate Dam, and in the J.C. Boyle Peaking Reach. SWRCB staff understand that additional sampling will be conducted this year. A study plan should be submitted for SWRCB staff's review and approval. This information will be required to understand the difference in periphyton between the peaking reach and the river below Iron Gate Dam. This information may be critical to develop an understanding of the impacts of the peaking operations, and assumptions that will be used in the WOP condition in the water quality model.

Fish Tissue Analysis

The California Department of Fish and Game (CDFG) collected fish in project reservoirs in 2003 for tissue analysis. SWRCB staff recently contacted CDFG staff that are completing the lab analysis. They indicted that results should be available in April or May 2004. This sampling is considered a screening level analysis only. Once SWRCB staff evaluate the results of the sampling, additional sampling or study may be required to understand the impacts of the project.

Ceratomyxa shasta

The study for *Ceratomyxa shasta* is not complete. The results of the study are needed to understand the project's impact on the habitat for the host species. The project may alter the presence of algae and fine sediments, which appear to the primary habitat for the host species.

Total Dissolved Gases

SWRCB staff requested that PacifiCorp conduct a total dissolved gases study during spill at Iron Gate Dam. It was our understanding that this study was completed, but the results were not included in the application. Additional information has been provided that indicates total dissolved gases may be a problem during normal operations at Iron Gate Powerhouse, and J.C. Boyle Powerhouse. PacifiCorp must demonstrate that the generators, or other project operations, do not result in the entrainment of gases. A study must be prepared in consultation with SWRCB and NCRWQCB staffs.

Magalie R. Salas                    - 21 -

Sediment Oxygen Demand
Copies of the Eilers and Raymond report on sediment oxygen demand must be submitted to the
SWRCB and NCRWQCB.

Evaluation of Beneficial Uses
PacifiCorp must provide a complete analysis of the impacts of the project on water quality
objectives. Once this is complete, it must also evaluate the impacts of the project on the
beneficial uses of the Klamath River listed above. After the impacts of the project are
determined, PacifiCorp must consider a full range of alternatives, and propose alternatives that
avoid or mitigate for the impacts of the project.

Recreation
PacifiCorp is proposing to increase the minimum instream flow release and alter peaking
operations at J.C. Boyle. A minimum of 200 cfs plus the J.C. Boyle Bypass Reach accretion will
be provided at the USGS gauge downstream of the powerhouse. In addition, peaking operations
will not exceed a 1,400 cfs maximum change in a 24- hour period. This change is made to
provide flow stability for aquatic resources while continuing to provide a balance of whitewater
boating and angling opportunities. Whitewater boating and fishing have different flow
requirements, and there is no compromise flow that will provide quality versions of both
concurrently (Recreation Resources FTR, Page 2-96). Currently whitewater boating and fishing
opportunities are provided at "near optimal" (Exhibit E, page 7-115) levels on most days. This
statement should be qualified with data. PacifiCorp states "Altered flow regimes with different
timing or reduced variation due to peaking would alter the frequency and quality of these
existing opportunities." PacifiCorp must provide hydrographs that show the impact of the
change in peaking operations on whitewater boating and angling opportunities. PacifiCorp
should fully evaluate the impacts of flow changes on boating and angling opportunities and
provide appropriate methods to avoid, minimize, or mitigate for any impacts.

Operations Model
Throughout the relicensing process PacifiCorp has provided limited information on project
operations and scheduling. It has indicated it has a proprietary operations/power planning
model. An operations model must be prepared for use by the SWRCB for this relicensing. The
model cannot be proprietary, must function on one hour or smaller time steps, and incorporate
reservoir elevations.

Socioeconomics
The application does not include adequate information on the socioeconomics of the project to
fully understand the impacts of the range of alternatives that may be considered. PacifiCorp
must provide the economics for a full range of alternatives for the project. PacifiCorp should
work with the collaborative and complete an analysis of the socioeconomics for a full range of
alternatives. This should include the cost of dam removal and the value of salmon and steelhead
in a without project scenario.

Magalie R. Salas                    - 22 -

**Collaborative Process**

The SWRCB submitted a letter to the FERC on December 31, 2001, expressing staff's concern with the progress made by PacifiCorp on the relicensing process. PacifiCorp made little progress in this relicensing, until they agreed to enter into a collaborative process. While PacifiCorp has made a significant effort toward forming and working with the collaborative, due to early delays by PacifiCorp, the complexity of the project, and the large number of stakeholders, the process has been delayed.

PacifiCorp is following the "traditional relicensing process" rules for the relicensing of the Project. In response to stakeholder requests PacifiCorp agreed to a collaborative effort to develop study plans, review and interpret results of study plans, and (possibly) craft Protection, Mitigation, and Enhancement (PM&E) measures for the Project. For reasons stated in our letter of June 21, 2002, the SWRCB is not a member of, or party to, the collaborative.

While the SWRCB is not a party to the collaborative, SWRCB staff have attended many meetings and provided guidance to PacifiCorp and members of the collaborative on the information that will be required to complete an application for 401 certification. SWRCB staff have made their best efforts to respond to inquiries regarding information requirements for certification under section 401. In addition to attending meetings, SWRCB staff have provided the following written correspondence to PacifiCorp:

First Stage Consultation Package Comments – March 23, 2001
Second Stage Consultation: Study Plans – August 15, 2001
Relicensing Process and Study Plans – December 21, 2001
Second Revision of Draft Study Plan – January 29, 2002
Second Revision of Draft Study Plan – February 28, 2002
Collaborative Process and California Environmental Quality Act Compliance – June 21, 2002
Study Plans – December 23, 2002
Draft Application – September 18, 2003
Water Quality Analysis – January 30, 2004

As discussed above, there are a number of study plans that are still under discussion. It is important that PacifiCorp continue to work with the collaborative to finalize all of the study plans, and complete all needed studies.

**California Environmental Quality Act**
Issuance of the section 401 certification by the SWRCB is a discretionary action under CEQA. Cal. Pub. Resources Code § 21000 et. seq. Accordingly, the SWRCB will be required to comply with CEQA before issuing a water quality certification.

Under the CEQA Guidelines, California Code of Regulations, title 14, section 15065(a), the lead agency must prepare an Environmental Impact Report (EIR) if a project has the potential to have

Magalie R. Salas                    - 23 -

a significant adverse environmental impact. An EIR is required if changes in the project could have significant adverse environmental impacts or if the alternatives or mitigation measures could have significant adverse impacts, including incidental adverse impacts of changes that otherwise will provide an overall environmental benefit. An EIR can be prepared directly by, or under contract to, the lead agency. The CEQA Guidelines (Cal. Code Regs. tit. 14, § 15221) directs that lead agencies should try to prepare a combined EIR-EIS. To our knowledge, FERC has not yet determined if it will prepare an EIS or EA (Finding of No Significant Impact) for the Klamath Project relicensing. If the FERC prepares an EIS, and if the FERC's NEPA document satisfies the CEQA mandates (including an appropriate range of alternatives), SWRCB staff would like to jointly coordinate the preparation of a combined document. The SWRCB will coordinate, however, only if the SWRCB retains the ability to intervene in the relicensing proceeding if it so chooses.

**TMDL**
SWRCB staff and NCRWQCB staff have been working together to coordinate the 401 certification and Total Maximum Daily Load (TMDL) issues relevant to this project. NCRWQCB staff are involved with this project because the information generated by the relicensing process may be useful in developing TMDLs for the Klamath River. The Klamath River is on the state List of Impaired Waterbodies (CWA section 303(d) list). The Project impact water quality in the river, and is therefore relevant to the TMDL analysis. The SWRCB may not be able to issue a 401 certification for this project until the project's contribution to the 303(d) listing is fully understood.

**Conclusion**
On September 23, 1959, the FPC issued a decision on the application for amendment of license by the California Oregon Power Company to construct Iron Gate Dam. Prior to the construction of Iron Gate Dam, Copco #2 caused fluctuations in flow between 200 and 3300 cfs on a daily basis. These flow fluctuations were having a significant impact on navigation and fisheries in the river. In issuing the decision, the FPC order stated "Evidence adduced at the hearing by the California Department of Fish and Game was to the effect that the Klamath River contributes a major share of California's sport and commercial salmonid fisheries. King (Chinook) salmon, silver salmon and steelhead are the principal species . . . . The evidence shows that fluctuating water levels such as this have a decidedly detrimental effect on fish and aquatic life." The CDFG also provided testimony that the Iron Gate Development would prevent access by salmon and steelhead trout to about 16 miles of spawning gravel and would also destroy one of the most popular stream fishing areas in the upper Klamath River. Representatives of the California Wildlife Federation and Klamath River Sportsman Association "requested that provisions be made to assure a relatively low temperature of the water." The 11th condition and finding of the FPC was that "The Iron Gate Development is desirable and justified in the public interest for the purpose of improving and developing a waterway for the benefit of commerce and for other beneficial public purposes including recreational purposes."

Magalie R. Salas                              - 24 -

The outcome of the relicensing may have profound effects on the water quality and fisheries of the Klamath River. Salmon and steelhead populations in the Klamath River have a direct and significant effect on the economy of tribes and coastal fishing communities. The economies of tribes and coastal fishing communities reliant on salmon have declined along with the Klamath River salmon. The project has contributed to the long-term decline of the Klamath River and its fishery. These issues will be driving factors in the relicensing of this project.

We look forward to working with PacifiCorp, agencies, Tribes, and NGO's on the relicensing of this project. If you have any questions, or want to discuss the details of these comments, please contact me by phone at (916) 341-5341 or e-mail at rkanz@waterrights.swrcb.ca.gov.

Sincerely,


Russ J. Kanz
Environmental Specialist

Enclosure

References:

Addley, Craig. 2004. Personal communications. April 13, 2004

Belchik, Mike. 2002. Yurok Tribal Fisheries. Multiple personal communications. 2002

Campbell, S. G. 1999. Water quality and nutrient loading in the Klamath River from Keno, OR to Seiad Valley, CA during 1996-1997. A thesis submitted to the University of Colorado at Denver in partial fulfillment of the requirements for the degree of master of basic science. 1999

City of Klamath Falls. 1986. Application for new license Salt Caves hydroelectric project. November 1986

Eilers, Joe. 2004. Personal communication. April 6, 2004

Karr J. R and E. W. Chu. 1999. Restoring life to running rivers. Island Press, Covelo, CA

Karuk Tribe of California. 2003. Karuk Tribe of California water year 2002 water quality monitoring report. March 2003

Moyle, Peter B.. 2002. Inland fishes of California. University of California Press, Berkeley, CA

Magalie R. Salas                    - 25 -


Spring Rivers Ecological Sciences.  2003.  Effects of high test flows on attached algae in Pacific Gas and Electric Company's Pit 3, 4, and 5 hydroelectric project.  January 31, 2003

North Coast Regional Water Quality Control Board.  1993.  Water quality control plan for the north coast region.  December 9, 1993
U.S. Geological Survey.  2004.  Water Quality Data from 2002-2003 and Analysis of Data Gaps for Development of Total Maximum Daily Loads in the Lower Klamath River Basin, California. Draft report. March 2004

cc:    Mr. Todd Olson
       Licensing Project Manager
       PacifiCorp
       825 NE Multnomah, Suite 1500
       Portland, Oregon 97232

       Enclosed Mailing List

bcc:   Jim Kassel
       Jim Canaday
       Sharon Stohrer
       Laurie Hatton
       Dana Differding, OCC
       David Leland, RB 1
       Ranjit Gill, RB 1
       Bob Klannt, RB1
       Matt St. John, RB1


RK:llv 04/22/04
U:\Herdrv\RKanz\Klamath Application final 4-21-04.doc