1  DANIEL G. COOPER
   (Cal. SBN 153576; cleanwater@sfo.com)
2  LAWYERS FOR CLEAN WATER, INC.
   1004-A O'Reilly Avenue
3  San Francisco, CA 94129
   Telephone: (415) 440-6520
4  Facsimile: (415) 440-4155

5  JOSEPH W. COTCHETT
   (Cal. SBN 36324; jcotchett@cpmlegal.com)
6  PHILIP L. GREGORY
   (Cal. SBN 95217; pgregory@cpmlegal.com)
7  NANCI E. NISHIMURA
   (Cal. SBN 152621; nnishimura@cpmlegal.com)
8  JOSEPH C. WILSON
   (Cal. SBN 249027; jwilson@cpmlegal.com)
9  COTCHETT, PITRE & McCARTHY
   840 Malcolm Road, Suite 200
10 Burlingame, CA 94010
   Telephone: (650) 697-6000
11 Facsimile: (650) 697-0577

12 *Attorneys for Plaintiffs*

13                    UNITED STATES DISTRICT COURT
14
15            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 KLAMATH RIVERKEEPER, a            )  Case No.
   project of KLAMATH FOREST         )
17 ALLIANCE, a California nonprofit  )  APPLICATION OF
   corporation;                      )  KEVIN J. MADONNA
18 HOWARD McCONNELL;                 )  FOR ADMISSION
   ROBERT ATTEBERY;                  )  *PRO HAC VICE*
19 LEAF G. HILLMAN;                  )
   MICHAEL T. HUDSON; and            )
20 BLYTHE REIS;                      )
                                     )
21        Plaintiffs,                )
                                     )
22     v.                            )
                                     )
23 PACIFICORP, INC., an Oregon       )
   Corporation;                      )
24                                   )
          Defendant.                 )
25 _____   )

26
27
28
_____
Application of Kevin J. Madonna for Admission *Pro Hac Vice*

1  Pursuant to Civil L.R. 11-3, KEVIN J. MADONNA, an active member in good
2  standing of the bar of New York, hereby applies for admission to practice in the Northern
3  District of California on a *pro hac vice* basis representing Plaintiffs Klamath Riverkeeper,
4  a project of Klamath Forest Alliance, Howard McConnell, Leaf G. Hillman, Robert
5  Attebery, Michael T. Hudson, and Blythe Reis in the above-entitled action.
6  In support of this application, I certify on oath that:
7  1. I am an active member in good standing of the New York State Bar and the
8  bars of the United States District Courts for the Southern and Eastern
9  Districts of New York;
10 2. I agree to abide by the Standards of Professional Conduct set forth in Civil
11 Local Rule 11-4, to comply with General Order No. 45, Electronic Case
12 Filing, and to become familiar with the Local Rules and the Alternative
13 Dispute Resolution Programs of this Court; and,
14 3. An attorney who is a member of the bar of this Court in good standing and
15 who maintains an office within the State of California has been designated
16 as co-counsel in the above-entitled action. The name, address and
17 telephone number of that attorney is:

Joseph W. Cotchett (Cal. SBN 36324)
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2007

KEVIN J. MADONNA
(Pro Hac Vice Pending; New York SBN 2981181;
kmadonna@kennedymadonna.com)
**KENNEDY & MADONNA, LLP**
48 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 331-7514
Facsimile: (845) 331-7578

---

Application of Kevin J. Madonna for Admission *Pro Hac Vice*     i