E-filing

1  DANIEL G. COOPER
   (Cal. SBN 153576; cleanwater@sfo.com)
2  LAWYERS FOR CLEAN WATER, INC.
   1004-A O'Reilly Avenue
3  San Francisco, CA 94129
   Telephone: (415) 440-6520
4  Facsimile: (415) 440-4155

5  JOSEPH W. COTCHETT
   (Cal. SBN 36324; jcotchett@cpmlegal.com)
6  PHILIP L. GREGORY
   (Cal. SBN 95217; pgregory@cpmlegal.com)
7  NANCI E. NISHIMURA
   (Cal. SBN 152621; nnishimura@cpmlegal.com)
8  JOSEPH C. WILSON
   (Cal. SBN 249027; jwilson@cpmlegal.com)
9  COTCHETT, PITRE & McCARTHY
   840 Malcolm Road, Suite 200
10 Burlingame, CA 94010
   Telephone: (650) 697-6000
11 Facsimile: (650) 697-0577

12 *Attorneys for Plaintiffs*

13                UNITED STATES DISTRICT COURT
14
            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 KLAMATH RIVERKEEPER, a          ) Case No.
   project of KLAMATH FOREST        )
17 ALLIANCE, a California nonprofit ) APPLICATION OF
   corporation;                     ) ROBERT F. KENNEDY, JR.
18 HOWARD McCONNELL;                ) FOR ADMISSION
   LEAF G. HILLMAN;                 ) *PRO HAC VICE*
19 ROBERT ATTEBERY;                 )
   MICHAEL T. HUDSON; and           )
20 BLYTHE REIS;                     )
                                    )
21        Plaintiffs,               )
                                    )
22      v.                          )
                                    )
23 PACIFICORP, INC., an Oregon      )
   Corporation;                     )
24                                  )
          Defendant.                )
25 _____  )

26

27

28

Application of Robert F. Kennedy, Jr. for Admission *Pro Hac Vice*

1    Pursuant to Civil L.R. 11-3, ROBERT F. KENNEDY, JR., an active member in
2  good standing of the bar of New York, hereby applies for admission to practice in the
3  Northern District of California on a *pro hac vice* basis representing Plaintiffs Klamath
4  Riverkeeper, a project of Klamath Forest Alliance, Howard McConnell, Leaf G. Hillman,
5  Robert Attebery, Michael T. Hudson, and Blythe Reis in the above-entitled action.
6    In support of this application, I certify on oath that:
7    1.  I am an active member in good standing of the New York State Bar and the
8        bar of the United States District Court for the Southern and Eastern
9        Districts of New York;
10   2.  I agree to abide by the Standards of Professional Conduct set forth in Civil
11       Local Rule 11-4, to comply with General Order No. 45, Electronic Case
12       Filing, and to become familiar with the Local Rules and the Alternative
13       Dispute Resolution Programs of this Court; and,
14   3.  An attorney who is a member of the bar of this Court in good standing and
15       who maintains an office within the State of California has been designated
16       as co-counsel in the above-entitled action. The name, address and
17       telephone number of that attorney is:

   Joseph W. Cotchett (Cal. SBN 36324)
   Cotchett, Pitre & McCarthy
   840 Malcolm Road, Suite 200
   Burlingame, CA 94010
   Telephone: (650) 697-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2007

_____
ROBERT F. KENNEDY, JR.
(Pro Hac Vice Pending; New York SBN
1999994; rkennedy@kennedymadonna.com)
**KENNEDY & MADONNA, LLP**
48 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 331-7514
Facsimile: (845) 331-7578

---

Application of Robert F. Kennedy, Jr. for Admission *Pro Hac Vice*                    i