1  DANIEL G. COOPER
   (Cal. SBN 153576; cleanwater@sfo.com)
2  LAWYERS FOR CLEAN WATER, INC.
   1004-A O'Reilly Avenue
3  San Francisco, CA 94129
   Telephone: (415) 440-6520
4  Facsimile: (415) 440-4155

5  JOSEPH W. COTCHETT
   (Cal. SBN 36324; jcotchett@cpmlegal.com)
6  PHILIP L. GREGORY
   (Cal. SBN 95217; pgregory@cpmlegal.com)
7  NANCY E. NISHIMURA
   (Cal. SBN 152621; nnishimura@cpmlegal.com)
8  JOSEPH C. WILSON
   (Cal. SBN 249027; jwilson@cpmlegal.com)
9  COTCHETT, PITRE & McCARTHY
   840 Malcolm Road, Suite 200
10 Burlingame, CA 94010
   Telephone: (650) 697-6000
11 Facsimile: (650) 697-0577

12
   *Attorneys for Plaintiffs*
13

14              UNITED STATES DISTRICT COURT

15        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 KLAMATH RIVERKEEPER, a          )  Case No.
17 project of KLAMATH FOREST       )
   ALLIANCE, a California nonprofit )  [~~PROPOSED~~] ORDER
18 corporation;                    )  GRANTING ADMISSION OF
   HOWARD McCONNELL;               )  KEVIN J. MADONNA
19 ROBERT ATTEBERY;                )  *PRO HAC VICE*
   LEAF G. HILLMAN;                )
20 MICHAEL T. HUDSON; and          )
   BLYTHE REIS;                    )
21                                 )
              Plaintiffs,          )
22                                 )
        v.                         )
23                                 )
   PACIFICORP, INC., an Oregon     )
24 Corporation;                    )
                                   )
25            Defendant.           )
   _____)
26

27

28

**Proposed Order Granting Admission of Kevin J. Madonna *Pro Hac Vice***     i

1   Kevin J. Madonna, an active member in good standing of the bar of New York,
2   whose business address and telephone number is:
3       KENNEDY & MADONNA, LLP
        48 Dewitt Mills Road
4       Hurley, NY 12443
        Telephone: (845) 331-7514
5       Facsimile: (845) 331-7578
6   having applied in the above-entitled action for admission to practice in the Northern
7   District of California on a *pro hac vice* basis, representing Plaintiffs Klamath
8   Riverkeeper, a project of Klamath Forest Alliance, Howard McConnell, Leaf G. Hillman,
9   Robert Attebery, Michael T. Hudson, and Blythe Reis.
10      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
11  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
12  appearance *pro hac vice*. Service of papers upon and communication with co-counsel
13  designated in the application will constitute notice to the party. All future filings in this
14  action are subject to the requirements contained in General Order No. 45, *Electronic Case*
15  *Filing*.
16      IT IS SO ORDERED.

18  Dated:   DEC 12 2007

                                                    United States District Judge

---

**Proposed Order Granting Admission of Kevin J. Madonna *Pro Hac Vice***     ii