| | |
|---|---|
| 1 | DANIEL G. COOPER |
| | (Cal. SBN 153576; cleanwater@sfo.com) |
| 2 | LAWYERS FOR CLEAN WATER, INC. |
| | 1004-A O'Reilly Avenue |
| 3 | San Francisco, CA 94129 |
| | Telephone: (415) 440-6520 |
| 4 | Facsimile: (415) 440-4155 |
| 5 | JOSEPH W. COTCHETT |
| | (Cal. SBN 36324; jcotchett@cpmlegal.com) |
| 6 | PHILIP L. GREGORY |
| | (Cal. SBN 95217; pgregory@cpmlegal.com) |
| 7 | NANCY E. NISHIMURA |
| | (Cal. SBN 152621; nnishimura@cpmlegal.com) |
| 8 | JOSEPH C. WILSON |
| | (Cal. SBN 249027; jwilson@cpmlegal.com) |
| 9 | COTCHETT, PITRE & McCARTHY |
| | 840 Malcolm Road, Suite 200 |
| 10 | Burlingame, CA 94010 |
| | Telephone: (650) 697-6000 |
| 11 | Facsimile: (650) 697-0577 |
| 12 | *Attorneys for Plaintiffs* |

E-filing

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | KLAMATH RIVERKEEPER, a project of KLAMATH FOREST ALLIANCE, a California nonprofit corporation; HOWARD McCONNELL; ROBERT ATTEBERY; LEAF G. HILLMAN; MICHAEL T. HUDSON; and BLYTHE REIS; | Case No. CV 07 9199 MMC |
| | | [~~PROPOSED~~] ORDER GRANTING ADMISSION OF ROBERT F. KENNEDY, JR. *PRO HAC VICE* |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | PACIFICORP, INC., an Oregon Corporation; | |
| 24 | Defendant. | |

**Proposed Order Granting Admission of Robert F. Kennedy, Jr. *Pro Hac Vice***                                                                                              i

1    Robert F. Kennedy, Jr., an active member in good standing of the bar of New
2 York, whose business address and telephone number is:

3    KENNEDY & MADONNA, LLP
    48 Dewitt Mills Road
4    Hurley, NY 12443
    Telephone: (845) 331-7514
5    Facsimile: (845) 331-7578

6 having applied in the above-entitled action for admission to practice in the Northern
7 District of California on a *pro hac vice* basis, representing Plaintiffs Klamath
8 Riverkeeper, a project of Klamath Forest Alliance, Howard McConnell, Leaf G. Hillman,
9 Robert Attebery, Michael T. Hudson, and Blythe Reis.

10    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
11 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
12 appearance *pro hac vice*. Service of papers upon and communication with co-counsel
13 designated in the application will constitute notice to the party. All future filings in this
14 action are subject to the requirements contained in General Order No. 45, *Electronic Case*
15 *Filing*.

16    IT IS SO ORDERED.

18 Dated: DEC 1 2 2007

                                  /s/ William H. Alsup
                                United States District Judge