Daniel G. COOPER
(Cal. SBN 153576; cleanwater@sfo.com)
**LAWYERS FOR CLEAN WATER, INC.**
1004-A O'Reilly Avenue
San Francisco, CA 94129
Telephone:  (415) 440-6520
Facsimile:  (415) 440-4155

JOSEPH W. COTCHETT
(Cal. SBN 36324; jcotchett@cpmlegal.com)
PHILIP L. GREGORY
(Cal. SBN 95217; pgregory@cpmlegal.com)
NANCI E. NISHIMURA
(Cal. SBN 152621; nnishimura@cpmlegal.com)
JOSEPH C. WILSON
(Cal. SBN 249027; jwilson@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

ROBERT F. KENNEDY, JR.
(*Pro Hac Vice*; mpostman@law.pace.edu)
KEVIN J. MADONNA
(*Pro Hac Vice*; kmadonna@kennedymadonna.com)
**KENNEDY & MADONNA, LLP**
48 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 331-7514
Facsimile: (845) 331-7578

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH RIVERKEEPER**, a nonprofit public benefit corporation; **HOWARD McCONNELL**; **LEAF G. HILLMAN**; **ROBERT ATTEBERY**; and **BLYTHE REIS**;<br><br>        Plaintiffs,<br><br>    v.<br><br>**PACIFICORP, INC.**, an Oregon Corporation;<br><br>        Defendant. | Case No. C 07-06199 WHA<br><br>**PROOF OF SERVICE** |

1   I, Ashley Eagle-Gibbs hereby declare:

2   I am a citizen of the United States. I am employed in the City and County of San Francisco, State of

3   California. I am over the age of eighteen and am not a party to this action. My business address is

4   1004A O'Reilly Ave., San Francisco CA 94129. On December 12, 2007, I served true and correct

5   copies of the following documents:

6   • **Complaint for Violation of the Federal Solid Waste Disposal Act**

7   • **Summons in a Civil Case**

8   • **Order Setting Initial Case Management Conference and ADR Deadlines**

9   • **Case Management Conference Order**

10   • **Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney**

11   • **Standing Order for All Judges of the Northern California District of California; Contents
      of the Joint Case Management Statement**

12

13   • **Application of Robert F. Kennedy, Jr. for Admission *Pro Hac Vice***

14   • **[Proposed] Order Granting Admission of Robert F. Kennedy, Jr. *Pro Hac Vice***

15   • **Application for Kevin J. Madonna for Admission *Pro Hac Vice***

16   • **[Proposed] Order Granting Admission of Kevin J. Madonna *Pro Hac Vice***

17   • **Welcome to the U.S. District Court, San Francisco**

18   • **Notice of Availability of Magistrate Judge to Exercise Jurisdiction**

19
     • **U.S. District Court Northern California; ECF Registration Information Handout**
20

21   on the party to this action as follows:

22   **VIA CERTIFIED MAIL, ELECTRONIC RETURN RECEIPT REQUESTED** therof enclosed in a
     sealed envelope to the attorney for Pacificorp, Inc., who agreed to accept service on Pacificorp's behalf
23   and whose address is set forth below:

24   Richard W. Raushenbush
     LATHAM & WATKINS LLP
25   505 Montgomery Street, Suite 2000
     San Francisco, CA 94111-2562
26

27   ///

28   ///

Proof of Service                                                                     C 07-06199 WHA

1       I received the return receipt demonstrating that Mr. Raushenbush received service December 13,

2   2007. I declare under penalty of perjury (under the laws of the State of California) that the foregoing is

3   true and correct. Executed on December 17, 2007, in San Francisco, California.

4

5   Ashley Eagle-Gibbs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proof of Service                                                                                C 07-06199 WHA