1  LATHAM & WATKINS LLP
      Karl S. Lytz (Bar No. 110895)
2     Richard W. Raushenbush (Bar No. 134983)
      Benjamin J. Horwich (Bar No. 249090)
3     Randi L. Wallach (Bar No. 241171)
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095
   Email:
6          Karl.Lytz@lw.com
           Richard.Raushenbush@lw.com
7          Benjamin.Horwich@lw.com
           Randi.Wallach@lw.com
8
   Attorneys for Defendant
9  PACIFICORP, an Oregon Corporation

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  **KLAMATH RIVERKEEPER,** a nonprofit public benefit corporation; **HOWARD McCONNELL**; **LEAF G. HILLMAN**; 14  **ROBERT ATTEBERY**; and **BLYTHE REIS**; 15 16          Plaintiffs, 17      v. 18  **PACIFICORP, INC.**, an Oregon Corporation; 19          Defendant. | CASE NO.: C 07-06199 WHA  **NOTICE OF APPEARANCE**   Judge:  Hon. William H. Alsup |

20

21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT Karl S. Lytz, Richard W. Raushenbush, Benjamin J. Horwich and Randi L. Wallach of the law firm of Latham & Watkins LLP hereby appear as counsel for Defendant PacifiCorp in this action. PacifiCorp respectfully requests that all pleadings and other documents be addressed to its counsel as follows:

>    Karl S. Lytz
>    Richard W. Raushenbush
>    Benjamin J. Horwich
>    Randi L. Wallach
>    Latham & Watkins LLP
>    505 Montgomery Street, 20th floor
>    San Francisco, CA  94111
>    Telephone:    (415) 391-0600
>    Facsimile:    (415) 395-8095
>    E-Mail:    Karl.Lytz@lw.com
>    E-Mail:    Richard.Raushenbush@lw.com
>    E-Mail:    Benjamin.Horwich@lw.com
>    E-Mail:    Randi.Wallach@lw.com

Dated: December 20, 2007                    Respectfully submitted,

>                        LATHAM & WATKINS LLP
>                          Karl S. Lytz
>                          Richard W. Raushenbush
>                          Benjamin J. Horwich
>                          Randi L. Wallach
>
>                        By:      /s/
>                          Richard W. Raushenbush
>
>                        Attorneys for Defendant PACIFICORP

SF\637977.1