
1 | LATHAM & WATKINS LLP
  |   Karl S. Lytz (Bar No. 110895)
2 |   Richard W. Raushenbush (Bar No. 134983)
  |   Benjamin J. Horwich (Bar No. 249090)
3 |   Randi L. Wallach (Bar No. 241171)
  | 505 Montgomery Street, Suite 2000
4 | San Francisco, California 94111-2562
  | Telephone: (415) 391-0600
5 | Facsimile: (415) 395-8095
  | Email:
6 |       Karl.Lytz@lw.com
  |       Richard.Raushenbush@lw.com
7 |       Benjamin.Horwich@lw.com
  |       Randi.Wallach@lw.com
8 |
  | Attorneys for Defendant
9 | PACIFICORP, an Oregon Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KLAMATH RIVERKEEPER,** a nonprofit public benefit corporation; **HOWARD McCONNELL**; **LEAF G. HILLMAN**; **ROBERT ATTEBERY**; and **BLYTHE REIS**;<br><br>Plaintiffs,<br><br>v.<br><br>**PACIFICORP, INC.**, an Oregon Corporation;<br><br>Defendant. | CASE NO.: C 07-06199 WHA<br><br>**PACIFICORP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. William H. Alsup |

1  Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for
2  PacifiCorp in this matter, certifies that the following listed persons, associations of persons,
3  firms, partnerships, corporations (including parent corporations) or other entities (i) have a
4  financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have
5  a non-financial interest in that subject matter or in a party that could be substantially affected by
6  the outcome of this proceeding:

   - PacifiCorp is a wholly owned subsidiary company of MidAmerican Energy Holdings Company.

   - MidAmerican Energy Holdings Company is owned by Berkshire Hathaway Inc. and certain natural persons.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: December 20, 2007         Respectfully submitted,

                                  LATHAM & WATKINS LLP


                                  By:      /s/
                                       Richard W. Raushenbush

                                  Attorneys for Defendant PACIFICORP

SF\637981.1