| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Karl S. Lytz (Bar No. 110895) |
| 2 | Richard W. Raushenbush (Bar No. 134983) |
| | Benjamin J. Horwich (Bar No. 249090) |
| 3 | Randi L. Wallach (Bar No. 241171) |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111-2562 |
| | Telephone: (415) 391-0600 |
| 5 | Facsimile: (415) 395-8095 |
| | Email: |
| 6 | Karl.Lytz@lw.com |
| | Richard.Raushenbush@lw.com |
| 7 | Benjamin.Horwich@lw.com |
| | Randi.Wallach@lw.com |

Attorneys for Defendant
PACIFICORP, an Oregon Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KLAMATH RIVERKEEPER,** a nonprofit public benefit corporation; **HOWARD McCONNELL**; **LEAF G. HILLMAN**; **ROBERT ATTEBERY**; and **BLYTHE REIS**; <br><br>   Plaintiffs, <br><br>   v. <br><br> **PACIFICORP, INC.**, an Oregon Corporation; <br><br>   Defendant. | CASE NO.: C 07-06199 WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS DUPLICATIVE SUIT** <br><br> Judge: Hon. William H. Alsup |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[Proposed] Order Granting
Defendant's Motion to Dismiss
CASE NO. C 07-06199 WHA

1	Having considered Defendant PacifiCorp's Motion to Dismiss Duplicative Suit;
2	Plaintiffs' Opposition thereto; PacifiCorp's Reply; PacifiCorp's Request for Judicial Notice in
3	Support of Motion to Dismiss Duplicative Suit; the oral presentations of the parties; and the
4	pleadings and papers on file in this case,
5	IT IS HEREBY ORDERED THAT PacifiCorp's Motion to Dismiss Duplicative
6	Suit and PacifiCorp's Request for Judicial Notice in Support of Motion to Dismiss Duplicative
7	Suit are GRANTED.  "Plaintiffs generally have no right to maintain two separate actions
8	involving the same subject matter at the same time in the same court and against the same
9	defendant."  *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir.) (citations
10	omitted), *cert. denied*, 76 U.S.L.W. 3303 (U.S. Dec. 10, 2007) (No. 07-467).  The present action,
11	filed by Plaintiffs on December 3, 2007, involves the same subject matter and same parties and
12	was filed in the same court as an action filed by Plaintiffs on May 2, 2006, captioned *McConnell*
13	*v. PacifiCorp, Inc.*, No. C-07-02382 WHA (N.D. Cal.).  The present suit is duplicative of
14	*McConnell v. PacifiCorp, Inc.*, No. C-07-02382 WHA (N.D. Cal.).  Pursuant to the rule against
15	claim-splitting, Plaintiffs were "required to bring at one time all of the claims against [PacifiCorp
16	or its privies] relating to the same transaction or event."  *Adams*, 487 F.3d at 693.  The present
17	suit violates the rule against claim-splitting, and the equities of this case dictate that the present
18	suit should be dismissed with prejudice.
19	IT IS SO ORDERED.
20	
21	Dated:
22	
23	
		By:_____
24			William H. Alsup
25			United States District Judge
26	
27	SF\638165.1
28	

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[Proposed] Order Granting
Defendant's Motion to Dismiss
CASE NO. C 07-06199 WHA