1  LATHAM & WATKINS LLP
     Karl S. Lytz (Bar No. 110895)
2    Richard W. Raushenbush (Bar No. 134983)
     Benjamin J. Horwich (Bar No. 249090)
3    Randi L. Wallach (Bar No. 241171)
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095
   Email:
6        Karl.Lytz@lw.com
         Richard.Raushenbush@lw.com
7        Benjamin.Horwich@lw.com
         Randi.Wallach@lw.com
8
   Attorneys for Defendant
9  PACIFICORP, an Oregon Corporation

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  **KLAMATH RIVERKEEPER,** a nonprofit public benefit corporation; **HOWARD McCONNELL**; **LEAF G. HILLMAN**; **ROBERT ATTEBERY**; and **BLYTHE REIS**; <br><br> Plaintiffs, <br><br> v. <br><br> **PACIFICORP, INC.**, an Oregon Corporation; <br><br> Defendant. | CASE NO.: C 07-06199 WHA <br><br> **DEFENDANT PACIFICORP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS DUPLICATIVE SUIT** <br><br> Date: January 24, 2008 <br> Time: 8:00 a.m. <br> Place: Courtroom 9, 19th Floor <br><br> Judge: Hon. William H. Alsup |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Defendant's Request for Judicial Notice
in Support of Motion to Dismiss
CASE NO. C 07-06199 WHA

Defendant PacifiCorp ("PacifiCorp") respectfully requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following facts and documents:

1. (A) The fact that Howard McConnell, Leaf G. Hillman, Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis and Klamath Riverkeeper, a project of the Klamath Forest Alliance, (collectively "*McConnell* Plaintiffs"), filed a complaint in the United States District Court for the Northern District of California captioned *McConnell v. PacifiCorp, Inc.*, No. C-07-02382 WHA (N.D. Cal.) ("*McConnell* Complaint" or "*McConnell* case"), a true and correct copy of which is attached hereto as Exhibit 1, and (B) the fact that *McConnell* Plaintiffs made the allegations set forth therein.

2. (A) The fact that *McConnell* Plaintiffs filed an Administrative Motion to Consider Whether Cases Should Be Related ("Related Case Motion") in the *McConnell* case, *McConnell* Docket No. 60, a true and correct copy of which is attached hereto as Exhibit 2, and (B) that *McConnell* Plaintiffs made the statements set forth therein.

3. (A) The fact that *McConnell* Plaintiffs and PacifiCorp filed a Joint Case Management Statement in the *McConnell* case ("*McConnell* Joint CMC Statement"), *McConnell* Docket No. 44, a true and correct copy of which is attached hereto as Exhibit 3, and (B) that *McConnell* Plaintiffs made the statements marked "Plaintiffs' Statement" therein.

4. (A) The *McConnell* August 16, 2007 Case Management Order and Reference to Magistrate Judge for Mediation / Settlement ("*McConnell* CMO"), *McConnell* Docket No. 48, a true and correct copy of which is attached hereto as Exhibit 4, and (B) the fact that the Court set the McConnell case management deadlines set forth therein.

5. The *McConnell* case Order Granting in Part and Denying in Part Motion to Dismiss or for Judgment on the Pleadings and Denying Motion to Stay

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Defendant's Request for Judicial Notice
in Support of Motion to Dismiss
CASE NO. C 07-06199 WHA

("*McConnell* Order"), *McConnell* Docket No. 49, a true and correct copy of which is attached hereto as Exhibit 5.

6. The fact that the *McConnell* Plaintiffs have not sought leave of court to amend their *McConnell* Complaint in the *McConnell* case, as evidenced by the lack of a motion to seek leave for such amendment on file in the *McConnell* Docket, current as of December 20, 2007, a true and correct copy of which is attached hereto as Exhibit 6.

7. The fact that the Court determined that the *McConnell* case and *Riverkeeper* case, *Klamath Riverkeeper et al. v. PacifiCorp*, N.D. Cal. Case No. CV-07-06199 WHA, are related, as set forth in the Court's Related Case Order, *McConnell* Docket No. 61, a true and correct copy of which is attached hereto as Exhibit 7.

The above-listed documents and facts are relevant to the Court's consideration of PacifiCorp's Motion to Dismiss Duplicative Suit, which is filed concurrently herewith.

The Court may take judicial notice of facts "generally known" or "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Such notice is mandatory "if requested by a party and [the Court is] supplied with the necessary information." Fed. R. Evid. 201(d). The fact that *McConnell* Plaintiffs filed the *McConnell* case with this Court and made certain allegations therein; the fact that *McConnell* Plaintiffs filed a Related Case Motion in the *McConnell* case with this Court and made certain statements therein; the fact that *McConnell* Plaintiffs and PacifiCorp filed the *McConnell* Joint CMC Statement in the *McConnell* case and that *McConnell* Plaintiffs made certain allegations therein; the fact that the Court issued the *McConnell* Order and the *McConnell* CMO; the fact that the *McConnell* Plaintiffs have not sought leave to amend their Complaint in the *McConnell* case; and the fact that the Court related the *McConnell* and *Riverkeeper* cases are all properly subject to judicial notice because these facts and documents are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *See* Fed. R. Evid. 201(b).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

Defendant's Request for Judicial Notice
in Support of Motion to Dismiss
CASE NO. C 07-06199 WHA

1   It is appropriate for this Court to take judicial notice of these facts and documents
2   because they are either ascertainable from or are true and correct copies of the records of this
3   court in the *McConnell* case.  *See Mullis v. United States Bankruptcy Court for the District of*
4   *Nevada*, 828 F.2d 1385, 1388 (9th Cir. 1987) (stating that, on a motion to dismiss, court may
5   take judicial notice of pleadings, orders and other papers on file in bankruptcy court); *MGIC*
6   *Indemnity Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (providing that, on a motion to
7   dismiss, courts may take judicial notice of matters of public record outside the pleadings,
8   including motions and supporting memoranda filed in declaratory judgment suit in federal
9   district court).  PacifiCorp is not requesting that the Court take judicial notice of these documents
10  for the truth of any assertions contained therein, but rather for the fact that they exist in this
11  court's files, and that they say what they say.

12  PacifiCorp respectfully requests that the Court grant this Request for Judicial
13  Notice in Support of PacifiCorp's Motion to Dismiss Duplicative Suit.

14  Dated:  December 20, 2007                    Respectfully submitted,

                                                LATHAM & WATKINS

                                                By :_____/s/_____
                                                     Richard W. Raushenbush

                                                Attorneys for Defendant PACIFICORP

28  SF\637606.2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Defendant's Request for Judicial Notice
in Support of Motion to Dismiss
CASE NO. C 07-06199 WHA