JOSEPH W. COTCHETT
  (Cal. SBN 36324; jcotchett@cpmlegal.com)
BARBARA L. LYONS
  (Cal. SBN 173548; blyons@cpmlegal.com)
JOSEPH C. WILSON
  (Cal. SBN 249027; jwilson@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

DANIEL G. COOPER
  (Cal. SBN 153576; cleanwater@sfo.com)
**LAWYERS FOR CLEAN WATER, INC.**
1004-A O'Reilly Avenue
San Francisco, CA 94129
Telephone:  (415) 440-6520
Facsimile:  (415) 440-4155

ROBERT F. KENNEDY, JR.
  (*Pro Hac Vice*; mpostman@law.pace.edu)
KEVIN J. MADONNA
  (*Pro Hac Vice*; kmadonna@kennedymadonna.com)
**KENNEDY & MADONNA, LLP**
48 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 331-7514
Facsimile: (845) 331-7578

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOWARD McCONNELL**;<br>**LEAF G. HILLMAN**;<br>**ROBERT ATTEBERY**;<br>**FRANKIE JOE MYERS**;<br>**TERANCE J. SUPAHAN**;<br>**MICHAEL T. HUDSON**;<br>**BLYTHE REIS** ; and<br>**KLAMATH RIVERKEEPER**;<br><br>                    Plaintiffs,<br><br>          v.<br><br>**PACIFICORP, INC.**, an Oregon Corporation;<br><br>          Defendant. | Civil Case No.: CV 07-02382 WHA<br><br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Civil L.R. 3-12, 7-11 |

Plaintiffs Howard McConnell, Leaf Hillman, Robert Attebery, Frankie Joe Myers, Terance Supahan, Michael Hudson, Blythe Reis, and Klamath Riverkeeper (hereinafter collectively "Plaintiffs"), pursuant to Civil L.R. 3-12, hereby moves this Court to consider whether the instant case, *McConnell, et al. v. PacifiCorp, Inc.* (Case No. CV 07-02382 WHA), and *Klamath Riverkeeper, et al. v. PacifiCorp, Inc.*, (Case No. CV 07-6199 MMC) should be related.

The Court already related another Klamath Riverkeeper case concerning toxic algae on the Klamath River, *see Klamath Riverkeeper v. EPA*, Case No. CV 07-3908 WHA.  Judicial economy would be served by also relating *Klamath Riverkeeper, et al. v. PacifiCorp, Inc.*, (Case No. CV 07-6199 MMC).

## I.   STATEMENT OF RELATIONSHIP OF THE ACTIONS

*McConnell, et al. v. PacifiCorp, Inc.* and *Klamath Riverkeeper, et al. v. PacifiCorp, Inc.*[1] are related because the harm giving rise to the claims in both cases stems from the same factual events. According to Civil L.R. 3-12,

> "[A]n action is related to another when:
>
> (1) The actions concern substantially the same parties, property, transaction or event; and
> (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

### A.   The Actions have the Same Parties and Concern the Same Transaction or Events

Klamath Riverkeeper, Howard McConnell, Leaf Hillman, Robert Attebery, and Blythe Reis are common plaintiffs in each action, and PacifiCorp, Inc. ("PacifiCorp") is the defendant in both cases. Each case concerns the environmental conditions of the Klamath River and the Iron Gate and Copco dams and reservoirs on the River.  The core fact present in both cases is that two pollutants,

---

[1] Plaintiffs do not discuss the relationship between *Klamath Riverkeeper, et al. v. PacifiCorp, Inc.*, (Case No. CV 07-6199 MMC) and *Klamath Riverkeeper v. EPA*, (Case No. CV 07-3908 WHA), because Civil L.R. 3-12(b) requires the party to file the related case motion in the earliest-filed case. However, the underlying facts regarding the harm to Riverkeeper's members from *Microcystis aeruginosa* and microcystin toxin are common to all three of the Klamath Riverkeeper cases.

*Microcystis aeruginosa* (a species of algae) and microcystin toxin (a toxin associated with this algae), are causing environmental degradation that adversely impacts Klamath Riverkeeper's members.

In *McConnell, et al. v. PacifiCorp, Inc.*, the algae and toxin are the direct cause of the harm suffered by Plaintiffs. PacifiCorp owns and operates the Iron Gate and Copco dams that generate and discharge *Microcystis aeruginosa* and microcystin toxin to the Iron Gate and Copco reservoirs and the Klamath River. Plaintiffs allege the contamination of the Klamath River and the reservoirs with *Microcystis aeruginosa* and microcystin toxin directly harms Plaintiffs, and also harms Plaintiffs' and the publics' use of the Klamath River for religious, commercial, and recreational purposes, among others. *See* Complaint, ¶¶ 66-79. Plaintiffs requested relief includes compensation for economic losses, general damages, and punitive damages against PacifiCorp. *See* Complaint, Prayer for Relief.

The creation of, and harm caused by, *Microcystis aeruginosa* and microcystin toxin in the Klamath River and the reservoirs form the basis of Klamath Riverkeeper's complaint in *Klamath Riverkeeper, et al. v. PacifiCorp, Inc.* as well. In that case, Klamath Riverkeeper alleges that PacifiCorp's operation of the Iron Gate and Copco dams and reservoirs violates the Federal Solid Waste Disposal Act, 42 U.S.C. §§ 6901 *et seq.,* because the *Microcystis aeruginosa* and microcystin toxin are generated by, and handled, stored, and disposed of from the Iron Gate and Copco dams and reservoirs. Specifically, Klamath Riverkeeper alleges that PacifiCorp's operation of the Iron Gate and Copco dams and reservoirs impairs and irreparably harms Klamath Riverkeeper's members' use and enjoyment of the Klamath River.

The commonality of the essential underlying facts in each case, in conjunction with the status of Klamath Riverkeeper, Howard McConnell, Leaf Hillman, Robert Attebery, Blythe Reis, and PacifiCorp as parties to both cases, suggests that these cases should be related. In each matter, the Court will be called upon to understand the science related to and evaluate the effects *Microcystis aeruginosa* and microcystin toxin have on human health and the environment, and PacifiCorp's role in generating and discharging waste to the Iron Gate and Copco reservoirs and the Klamath River.

**B.    Judicial Resources Will Be Saved By Having the Actions Heard By the Same Judge**

Conducting these two cases before the same Judge will avoid duplication of labor. Whether *Microcystis aeruginosa* and microcystin toxin are pollutants causing environmental degradation that is

harming Plaintiffs is the central factual issue in each case.  Thus, the Judge in each case will be presented with substantially similar information on these pollutants.  The Judge will be called upon to understand the scientific data and information related to *Microcystis aeruginosa* and microcystin toxin. Further, the Judge will be called upon to evaluate the effects of *Microcystis aeruginosa* and microcystin toxin on both human health and the environment.  It would conserve judicial resources to have only one Judge hear the factual evidence that will be presented in these two cases.

The legal issues presented in each case are unique.  However, as explained above, the factual issues are so closely related that a factual determination in one case may conflict with a factual determination in the second case.  Therefore, it will avoid a duplication of labor and avoid conflicting results if one Judge hears both cases and considers the same pertinent facts and makes a determination of the respective laws based on those facts.

## II.    CONCLUSION

Klamath Riverkeeper respectfully requests that the Court relate the two cases discussed above on the grounds that the core fact issue in both cases, whether *Microcystis aeruginosa* and microcystin toxin in the Klamath River and the reservoirs are causing environmental degradation that harms the human health and the environment is the same.  Further, a duplication of judicial resources to understand and evaluate the effects of these toxic substances would be avoided if these cases were conducted before the same Judge.  Since *Klamath Riverkeeper et al. v. PacifiCorp, Inc.*, (Case No. CV 07-6199 MMC) was just filed on December 6, 2007, Klamath Riverkeeper believes that there is no impact on the case management schedule ordered for *McConnell v. PacifiCorp* should the Court deem *Klamath Riverkeeper v. PacifiCorp, Inc.*, a related case.

Date:   December 12, 2007                Respectfully Submitted,

                                         /S/ Daniel Cooper

                                         _____
                                         Daniel Cooper
                                         Attorney for Plaintiffs
                                         Howard McConnell, Leaf Hillman, Robert
                                         Attebery, Frankie Joe Myers, Terance Supahan,
                                         Michael Hudson, Blythe Reis, and Klamath
                                         Riverkeeper