ADRMOP, E-Filing, REFSET-JCS, RELATE

## U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-02382-WHA

McConnell et al v. Pacificorp, Inc.  
Assigned to: Hon. William H. Alsup  
Relate Case Cases: 3:07-cv-03908-WHA  
                    3:07-cv-06199-WHA  
Cause: 28:1331 Fed. Question: Tort Action

Date Filed: 05/02/2007  
Jury Demand: Plaintiff  
Nature of Suit: 240 Torts to Land  
Jurisdiction: Federal Question

**Plaintiff**

**Howard McConnell**     represented by     **Barbara L. Lyons**  
Cotchett, Pitre & McCarthy  
840 Malcolm Road  
Suite 200  
Burlingame, CA 94010  
650-697-6000  
Fax: 650-697-0577  
Email: blyons@cpmlegal.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Daniel Cooper**  
Lawyers for Clean Water  
1004 O'Reilly Avenue  
Suite A  
San Francisco, CA 94129  
415-440-6520  
Fax: 415-440-4155  
Email: cleanwater@sfo.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**  
Cotchett, Pitre & McCarthy  
840 Malcolm Road  
Suite 200  
Burlingame, CA 94010  
650-697-6000  
Fax: 650-697-0577  
Email: jcotchett@cpmlegal.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kevin J. Madonna**  
48 dewitt mills rd  
hurley, NY 12443  
8453317514  
Email: kmadonna@kennedymadonna.com

*ATTORNEY TO BE NOTICED*

**Robert F. Kennedy, Jr.**
Kennedy & Madonna, LLP
48 Dewitt Mills Road
Hurley, NY 12443
845-331-7514
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leaf G. Hillman** represented by **Barbara L. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Madonna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert F. Kennedy, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Attebery** represented by **Barbara L. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Madonna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert F. Kennedy, Jr.**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frankie Joe Myers**     represented by    **Barbara L. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Madonna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert F. Kennedy, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terance J. Supahan**     represented by    **Barbara L. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Madonna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert F. Kennedy, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael T. Hudson**     represented by    **Barbara L. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                   **Daniel Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Madonna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert F. Kennedy, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Blythe Reis**       represented by  **Barbara L. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Madonna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert F. Kennedy, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Klamath Riverkeeper**     represented by  **Barbara L. Lyons**
*a project of Klamath Forest Alliance, a California nonprofit corporation*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Madonna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert F. Kennedy, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pacificorp**
*an Oregon Corporation*

represented by **Benjamin Joseph Horwich**
Latham & Watkins
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 395-8890
Fax: (415) 395-8095
Email: Benjamin.Horwich@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karl Samuel Lytz**
Latham & Watkins
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415/391-0600
Fax: 415/395-8095
Email: karl.lytz@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randi Leigh Wallach**
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415-395-8043
Email: randi.wallach@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Walter Raushenbush**
Latham & Watkins
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 391-0600
Fax: (415) 395-8095
Email: Richard.Raushenbush@lw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Movant**

| | | |
|---|---|---|
| **Klamath Riverkeeper** | represented by | **Barbara L. Lyons**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Drevet J. Hunt**<br>Attorney at Law<br>1004 O'Reilly Avenue<br>San Francisco, CA 94129<br>415-440-6520 x205<br>Fax: 415-440-4155<br>Email: drev@lawyersforcleanwater.com<br>*ATTORNEY TO BE NOTICED* |

**Miscellaneous**

| | | |
|---|---|---|
| **United States Environmental Protection Agency**<br>*U.S. EPA* | represented by | **Rochelle Leigh Russell**<br>P.O. Box 23986<br>Washington, DC 20026<br>202-514-1950<br>Email: rochelle.russell@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2007 | 1 | COMPLAINT and DEMAND FOR JURY TRIAL against Pacificorp, Inc. ( Filing fee $ 350,receipt number 34611005856.). Filed byRobert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman. (sis, COURT STAFF) (Filed on 5/2/2007) Additional attachment(s) added on 5/16/2007 (sis, COURT STAFF). (Entered: 05/03/2007) |
| 05/02/2007 | | Summons Issued as to Pacificorp, Inc.. (sis, COURT STAFF) (Filed on 5/2/2007) (Entered: 05/03/2007) |
| 05/02/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 8/2/2007. Case Management Conference set for 8/9/2007 11:00 AM. (sis, COURT STAFF) (Filed on 5/2/2007) (Entered: 05/03/2007) |
| 05/02/2007 | 3 | SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE re 2 ADR Scheduling Order (Attachments: # 1 Standing Order)(sis, COURT STAFF) (Filed on 5/2/2007) (Entered: 05/03/2007) |
| 05/02/2007 | 4 | MOTION for leave to appear in Pro Hac Vice, Kevin J. Madonna, Esq., ( Filing fee $ 210, receipt number 34611005856.) filed by Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman. (sis, COURT STAFF) (Filed on 5/2/2007) (Entered: 05/03/2007) |
| 05/02/2007 | | Received Order re 4 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611005856.) by Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman. (sis, COURT STAFF) (Filed on 5/2/2007) (Entered: 05/03/2007) |

| | | |
|---|---|---|
| 05/02/2007 | 5 | MOTION for leave to appear in Pro Hac Vice, Robert F. Kennedy, Jr., Esq., ( Filing fee $ 210, receipt number 34611005856.) filed by Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman. (sis, COURT STAFF) (Filed on 5/2/2007) (Entered: 05/03/2007) |
| 05/02/2007 | | Received Order re 5 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611005856.) by Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman. (sis, COURT STAFF) (Filed on 5/2/2007) (Entered: 05/03/2007) |
| 05/02/2007 | | CASE DESIGNATED for Electronic Filing. (sis, COURT STAFF) (Filed on 5/2/2007) (Entered: 05/03/2007) |
| 05/04/2007 | 6 | ORDER by Judge William Alsup granting 5 Motion for Pro Hac Vice of Robert F. Kennedy, Jr. (dt, COURT STAFF) (Filed on 5/4/2007) (Entered: 05/04/2007) |
| 05/04/2007 | 7 | ORDER by Judge William Alsup granting 4 Motion for Pro Hac Vice of Kevin J. Madonna. (dt, COURT STAFF) (Filed on 5/4/2007) (Entered: 05/04/2007) |
| 05/17/2007 | 8 | Summons Returned Unexecuted by Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman as to Pacificorp, Inc.. (sis, COURT STAFF) (Filed on 5/17/2007) (Entered: 05/18/2007) |
| 05/17/2007 | | Summons Issued as to Pacificorp. *Amended* (sis, COURT STAFF) (Filed on 5/17/2007) (Entered: 05/18/2007) |
| 05/29/2007 | 9 | ORDER RESETTING CASE MANAGEMENT CONFERENCE. Signed by Judge William Alsup on 5/29/2007. (whasec, COURT STAFF) (Filed on 5/29/2007) (Entered: 05/29/2007) |
| 05/29/2007 | | Set Deadlines/Hearings: Case Management Statement due by 7/26/2007. Case Management Conference set for 8/2/2007 11:00 AM. (sis, COURT STAFF) (Filed on 5/29/2007) (Entered: 05/30/2007) |
| 06/19/2007 | 10 | *PACIFICORP'S* ANSWER to Complaint *For: 1) Private Nuisance - Continuing; 2) Private Nuisance - Permanent; 3) Public Nuisance - Continuing; 4) Public Nuisance - Permanent; 5) Trespass; 6) Negligence; and 7) Unlawful Business Practices (Cal. Bus. & Prof. Code Section 17200)* byPacificorp. (Lytz, Karl) (Filed on 6/19/2007) (Entered: 06/19/2007) |
| 06/19/2007 | 11 | NOTICE of Appearance by Karl Samuel Lytz , *Richard W. Raushenbush and Randi L. Wallach* (Lytz, Karl) (Filed on 6/19/2007) (Entered: 06/19/2007) |
| 06/19/2007 | 12 | NOTICE by Pacificorp *of Pendency of Other Action* (Lytz, Karl) (Filed on 6/19/2007) (Entered: 06/19/2007) |
| 06/19/2007 | 13 | Certificate of Interested Entities by Karl Samuel Lytz *(Pacificorp, Inc.)* (Lytz, Karl) (Filed on 6/19/2007) (Entered: 06/19/2007) |
| 06/21/2007 | 14 | CERTIFICATE OF SERVICE by Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman *Proof of Service of Summons and Complaint on Pacificorp* (Lyons, Barbara) (Filed on 6/21/2007) (Entered: 06/21/2007) |
| 07/12/2007 | 15 | MOTION to Dismiss for Lack of Jurisdiction *and for Judgment on the Pleadings; Memorandum of Points and Authorities in Support Thereof* filed by Pacificorp. Motion Hearing set for 8/16/2007 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (Lytz, Karl) (Filed on 7/12/2007) (Entered: 07/12/2007) |

| | | |
|---|---|---|
| 07/12/2007 | 16 | MOTION to Stay ; *MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed by Pacificorp. Motion Hearing set for 8/16/2007 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (Lytz, Karl) (Filed on 7/12/2007) (Entered: 07/12/2007) |
| 07/12/2007 | 17 | Request for Judicial Notice re 15 MOTION to Dismiss for Lack of Jurisdiction *and for Judgment on the Pleadings; Memorandum of Points and Authorities in Support Thereof*, 16 MOTION to Stay ; *MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed byPacificorp. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C - Part I# 4 Exhibit C - Part II# 5 Exhibit C - Part III# 6 Exhibit C - Part IV# 7 Exhibit C - Part V# 8 Exhibit C - Part VI# 9 Exhibit D# 10 Exhibit E# 11 Exhibit F - Part I# 12 Exhibit F - Part II# 13 Exhibit G)(Related document(s) 15 , 16 ) (Lytz, Karl) (Filed on 7/12/2007) (Entered: 07/12/2007) |
| 07/12/2007 | 18 | Declaration of RANDI L. WALLACH in Support of 17 Request for Judicial Notice,, filed byPacificorp. (Related document(s) 17 ) (Lytz, Karl) (Filed on 7/12/2007) (Entered: 07/12/2007) |
| 07/17/2007 | 19 | NOTICE of Appearance by Benjamin Joseph Horwich (Horwich, Benjamin) (Filed on 7/17/2007) (Entered: 07/17/2007) |
| 07/17/2007 | 20 | Proposed Order re 15 MOTION to Dismiss for Lack of Jurisdiction *and for Judgment on the Pleadings; Memorandum of Points and Authorities in Support Thereof* by Pacificorp. (Horwich, Benjamin) (Filed on 7/17/2007) (Entered: 07/17/2007) |
| 07/17/2007 | 21 | Proposed Order re 16 MOTION to Stay ; *MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* by Pacificorp. (Horwich, Benjamin) (Filed on 7/17/2007) (Entered: 07/17/2007) |
| 07/18/2007 | 22 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *BY PARTIES AND COUNSEL* (Raushenbush, Richard) (Filed on 7/18/2007) (Entered: 07/18/2007) |
| 07/18/2007 | 23 | STIPULATION *AND PROPOSED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE* by Pacificorp. (Raushenbush, Richard) (Filed on 7/18/2007) (Entered: 07/18/2007) |
| 07/19/2007 | 24 | STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE [re 23 Stipulation filed by Pacificorp]. Signed by Judge William Alsup on 7/19/2007. (whasec, COURT STAFF) (Filed on 7/19/2007) (Entered: 07/19/2007) |
| 07/19/2007 | 25 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (Lyons, Barbara) (Filed on 7/19/2007) (Entered: 07/19/2007) |
| 07/19/2007 | | Set/Reset Hearings: Case Management Conference set for 8/16/2007 08:00 AM. (sis, COURT STAFF) (Filed on 7/19/2007) (Entered: 07/20/2007) |
| 07/26/2007 | 26 | Memorandum in Opposition re 16 MOTION to Stay ; *MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed byRobert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman. (Lyons, Barbara) (Filed on 7/26/2007) (Entered: 07/26/2007) |
| 07/26/2007 | 27 | Proposed Order re 26 Memorandum in Opposition, *Denying Def's Motion to Stay* by Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman. (Lyons, Barbara) (Filed on 7/26/2007) (Entered: 07/26/2007) |
| 07/26/2007 | 28 | Memorandum in Opposition re 15 MOTION to Dismiss for Lack of Jurisdiction *and for Judgment on the Pleadings; Memorandum of Points and Authorities in Support Thereof* filed byRobert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, |

| | | |
|---|---|---|
| | | Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman. (Lyons, Barbara) (Filed on 7/26/2007) (Entered: 07/26/2007) |
| 07/26/2007 | 29 | Proposed Order re 28 Memorandum in Opposition, *Denying Def's Motion to Dismiss* by Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman. (Lyons, Barbara) (Filed on 7/26/2007) (Entered: 07/26/2007) |
| 07/26/2007 | 30 | OBJECTIONS to re 15 MOTION to Dismiss for Lack of Jurisdiction *and for Judgment on the Pleadings; Memorandum of Points and Authorities in Support Thereof*, 16 MOTION to Stay *; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF RESPONSE TO DEFENDANT PACIFICORPS REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR LACK OF JURISDICTION AND FOR JUDGMENT ON THE PLEADINGS AND MOTION TO STAY* by Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman. (Lyons, Barbara) (Filed on 7/26/2007) (Entered: 07/26/2007) |
| 07/26/2007 | 31 | CERTIFICATE OF SERVICE by Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman re 29 Proposed Order, 30 Objection,, 28 Memorandum in Opposition, 26 Memorandum in Opposition, 27 Proposed Order, *Proof of Service* (Lyons, Barbara) (Filed on 7/26/2007) (Entered: 07/26/2007) |
| 08/01/2007 | 32 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *Regina Chichizola* (Lyons, Barbara) (Filed on 8/1/2007) (Entered: 08/01/2007) |
| 08/01/2007 | 33 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *Leaf G. Hillman* (Lyons, Barbara) (Filed on 8/1/2007) (Entered: 08/01/2007) |
| 08/01/2007 | 34 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *Howard McConnell* (Lyons, Barbara) (Filed on 8/1/2007) (Entered: 08/01/2007) |
| 08/01/2007 | 35 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *Frankie Joe Myers* (Lyons, Barbara) (Filed on 8/1/2007) (Entered: 08/01/2007) |
| 08/01/2007 | 36 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *Terance J. Supahan* (Lyons, Barbara) (Filed on 8/1/2007) (Entered: 08/01/2007) |
| 08/01/2007 | 37 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *Michael T. Hudson* (Lyons, Barbara) (Filed on 8/1/2007) (Entered: 08/01/2007) |
| 08/01/2007 | 38 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *Robert Atteberty* (Lyons, Barbara) (Filed on 8/1/2007) (Entered: 08/01/2007) |
| 08/02/2007 | 39 | Reply Memorandum *in Support of its Motion to Dismiss For Lack of Jurisdiction, And For Judgment On the Pleadings* filed byPacificorp. (Horwich, Benjamin) (Filed on 8/2/2007) (Entered: 08/02/2007) |
| 08/02/2007 | 40 | Reply Memorandum *In Support Of Motion to Stay* filed byPacificorp. (Wallach, Randi) (Filed on 8/2/2007) (Entered: 08/02/2007) |
| 08/02/2007 | 41 | REPORT of Rule 26(f) Planning Meeting *Initial Joint Rule 26(f) Report*. (Lyons, Barbara) (Filed on 8/2/2007) (Entered: 08/02/2007) |
| 08/08/2007 | 42 | CLERK'S NOTICE Rescheduling Motion Hearing and Case Management Conference. Motion to Dismiss and for Stay Hearing and CMC set for 8/16/2007 02:00 PM in Courtroom 9, 19th Floor, San Francisco. (dt, COURT STAFF) (Filed on 8/8/2007) (Entered: 08/08/2007) |
| | | |

| Date | Doc # | Description |
|---|---|---|
| 08/08/2007 | 43 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *Blythe Reis* (Lyons, Barbara) (Filed on 8/8/2007) (Entered: 08/08/2007) |
| 08/09/2007 | 44 | JOINT CASE MANAGEMENT STATEMENT *Joint Case Management Conference Statement* filed by Pacificorp. (Attachments: # 1 Proposed Order)(Wallach, Randi) (Filed on 8/9/2007) (Entered: 08/09/2007) |
| 08/10/2007 | 45 | ADR Clerks Notice Setting ADR Phone Conference on 8/15/07 at 11:00 a.m. Please take note that plaintiff's counsel initiates the call to all parties. (tjs, COURT STAFF) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/14/2007 | 46 | ORDER RE HEARING. Signed by Judge Alsup on 8/14/2007. (whalc2, COURT STAFF) (Filed on 8/14/2007) (Entered: 08/14/2007) |
| 08/15/2007 | | ADR Remark: ADR Phone Conference conducted on 8/15/07 by RWS. (tjs, COURT STAFF) (Filed on 8/15/2007) (Entered: 08/20/2007) |
| 08/16/2007 | 47 | Minute Entry: Motion Hearing held on 8/16/2007 before William Alsup (Date Filed: 8/16/2007) re 15 MOTION to Dismiss for Lack of Jurisdiction and for Judgment on the Pleadings filed by Pacificorp, 16 MOTION to Stay filed by Pacificorp. Initial Case Management Conference held on 8/16/2007 before William Alsup. (Date Filed: 8/16/2007), CASE REFERRED to Magistrate Judge Spero for Settlement Conference. Discovery due by 7/25/2008. Motions due by 9/11/2008. Jury Trial set for 12/1/2008 07:30 AM. Pretrial Conference set for 11/17/2008 02:00 PM. (Court Reporter Kathy Powell.) (dt, COURT STAFF) (Date Filed: 8/16/2007) (Entered: 08/16/2007) |
| 08/16/2007 | 48 | CASE MANAGEMENT SCHEDULING ORDER: ORDER REFERRING CASE to Magistrate Judge Joseph C. Spero for Mediation/Settlement. Discovery due by 7/25/2008. Jury Trial set for 12/1/2008 07:30 AM in Courtroom 9, 19th Floor, San Francisco. Motions due by 9/11/2008. Pretrial Conference set for 11/17/2008 02:00 PM in Courtroom 9, 19th Floor, San Francisco. Signed by Judge William Alsup on 8/16/2007. (whasec, COURT STAFF) (Filed on 8/16/2007) (Entered: 08/16/2007) |
| 08/17/2007 | 49 | ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS OR FOR JUDGMENT ON THE PLEADINGS AND DENYING MOTION TO STAY by Judge Alsup granting in part and denying in part 15 Motion to Dismiss for Lack of Jurisdiction; denying 16 Motion to Stay. (whalc2, COURT STAFF) (Filed on 8/17/2007) (Entered: 08/17/2007) |
| 08/20/2007 | | CASE REFERRED to Magistrate Judge Joseph C. Spero for Settlement (klh, COURT STAFF) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 08/31/2007 | 50 | NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER. A Settlement Conference is set for 2/12/2008, at 9:30 a.m. Settlement Conference Statements shall be LODGED with Chambers (NOT electronically filed) no later than 1/29/2008. Signed by Magistrate Judge Joseph C. Spero on 8/31/2007. (jcssec, COURT STAFF) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 11/08/2007 | 51 | MOTION to Relate Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED* filed by Klamath Riverkeeper. (Hunt, Drevet) (Filed on 11/8/2007) (Entered: 11/08/2007) |
| 11/08/2007 | 52 | Declaration of Drevet Hunt in Support of 51 MOTION to Relate Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED* filed byKlamath Riverkeeper. (Related document(s) 51 ) (Hunt, Drevet) (Filed on 11/8/2007) (Entered: 11/08/2007) |
| 11/08/2007 | 53 | Proposed Order re 51 MOTION to Relate Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED* by Klamath Riverkeeper. |

| | | |
|---|---|---|
| | | (Hunt, Drevet) (Filed on 11/8/2007) (Entered: 11/08/2007) |
| 11/08/2007 | 54 | CERTIFICATE OF SERVICE by Klamath Riverkeeper re 51 MOTION to Relate Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED*, 53 Proposed Order, 52 Declaration in Support (Hunt, Drevet) (Filed on 11/8/2007) (Entered: 11/08/2007) |
| 11/09/2007 | 55 | Memorandum in Opposition 51 *to Administrative Motion to Consider Whether Cases Should Be Related* filed byUnited States Environmental Protection Agency. (Attachments: # 1 Proposed Order Denying Administrative Motion to Consider Whether Cases Should Be Related)(Russell, Rochelle) (Filed on 11/9/2007) Modified on 11/13/2007 (sis, COURT STAFF). (Entered: 11/09/2007) |
| 11/14/2007 | 56 | ORDER RELATING CASE to C07-3908 SBA by Judge William Alsup granting 51 Motion to Relate Case. (dt, COURT STAFF) (Filed on 11/14/2007) (Entered: 11/14/2007) |
| 12/03/2007 | 57 | STIPULATION *STIPULATED PROTECTIVE ORDER* by Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Klamath Riverkeeper, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman. (Lyons, Barbara) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 58 | REPORT of Rule 26(f) Planning Meeting *JOINT DISCOVERY PLAN*. (Lyons, Barbara) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/04/2007 | 59 | ORDER APPROVING STIPULATED PROTECTIVE ORDER SUBJECT TO STATED CONDITIONS. Signed by Judge Alsup on December 4, 2007. (Attachments: # 1 Stipulated Protective Order)(whalc2, COURT STAFF) (Filed on 12/4/2007) (Entered: 12/04/2007) |
| 12/12/2007 | 60 | MOTION to Relate Case -*Administrative Motion to Consider Whether Cases Should be Related* filed by Robert Attebery, Frankie Joe Myers, Terance J. Supahan, Michael T. Hudson, Blythe Reis, Howard McConnell, Klamath Riverkeeper, Leaf G. Hillman. (Cooper, Daniel) (Filed on 12/12/2007) (Entered: 12/12/2007) |
| 12/17/2007 | 61 | ORDER RELATING CASE. Case C07-6199MMC is related to C07-2382WHA. Signed by Judge William Alsup on 12/14/07. (dt, COURT STAFF) (Filed on 12/17/2007) (Entered: 12/17/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/20/2007 10:04:39 | | | |
| **PACER Login:** | lw0027 | **Client Code:** | 04409-022745-0161 |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-02382-WHA |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |