# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

CASE NO.: C-07-02382 WHA (JCS); C-07-06199 WHA (JCS)        TIME: 2 h

CASE NAME: *Howard McConnell, et al. v. PacifiCorp, Inc.*; *Klamath Riverkeeper, et al. v. PacifiCorp, Inc.*

MAGISTRATE JUDGE JOSEPH C. SPERO        CLERK: Mary A. Macudzinski-Gomez

DATE: 2/12/2008        COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):        COUNSEL FOR DEFENDANT(S):

Philip L. Gregory        Richard W. Raushenbush
Daniel G. Cooper        Karl S. Lytz

## PROCEEDINGS

**X**  SETTLEMENT CONFERENCE
☐  FURTHER SETTLEMENT CONFERENCE
☐  DISCOVERY CONFERENCE
☐  STATUS CONFERENCE RE:
☐  TELEPHONIC SCHEDULING CONFERENCE RE:
☐  OTHER:

CASE CONTINUED TO:                            FOR

NOTES:

A Settlement Conference was held; the cases did not settle. Plaintiffs shall make a formal counter-offer on or before February 29, 2008. Defendant shall make a responsive offer within two weeks thereafter. A Further Settlement Conference will take place on **April 16, 2008, at 9:30 a.m.** Updated Settlement Conference Statements shall be LODGED with Chambers no later than April 9, 2008.