**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AMENDED CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 21, 2008

Case No.  C 07-06199 WHA

Title: KLAMATH RIVERKEEPER  v. PACIFICORP

Plaintiff Attorneys: Daniel Cooper; Philip Gregory; Michael Chappell

Defense Attorneys: Benjamin Horwich; Richard Raushenbush; John Sanford

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)    Motion to Dismiss - HELD

2) 

**ORDERED AFTER HEARING:**