UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Klamath Riverkeeper, a nonprofit public
benefit corporation, et al.
           Plaintiff(s),

v.

PacifiCorp, Inc., an Oregon Corporation

           Defendant(s).
_____/

Case No. 07-6199 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/22/2008

                                                     [Party]

Dated: 2/22/2008

                                                     [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05