UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Klamath Riverkeeper et al.

                Plaintiff(s),

      v.

PacifiCorp, Inc.

                Defendant(s).
_____/

CASE NO. C 07-06199 WHA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process
✓     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 6, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Daniel Cooper | Plaintiffs | (415) 440-6520 x204 | cleanwater@sfo.com |
| Richard Raushenbush | Defendant | (415) 391-0600 | Richard.Raushenbush@lw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/22/08

                                                        Attorney for Plaintiff

Dated: 2/22/08

                                                        Attorney for Defendant

Rev 12.05