1  LATHAM & WATKINS LLP
   Karl S. Lytz (Bar No. 110895)
2  Richard W. Raushenbush (Bar No. 134983)
   Benjamin J. Horwich (Bar No. 249090)
3  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-2562
4  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
5  Email:
       Karl.Lytz@lw.com
6      Richard.Raushenbush@lw.com
       Benjamin.Horwich@lw.com
7
   Attorneys for Defendant
8  PACIFICORP, an Oregon Corporation

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | **KLAMATH RIVERKEEPER,** a nonprofit public benefit corporation; **HOWARD McCONNELL**; **LEAF G. HILLMAN**; **ROBERT ATTEBERY**; and **BLYTHE REIS**;                    | CASE NO.: C 07-06199 WHA |
   |                                                                                                                                                                         |                           |
13 |                                                                                                                                                                         | **NOTICE BY DEFENDANT PACIFICORP THAT PLAINTIFFS' COUNSEL HAS NOT FILED THE UNDERTAKING DESCRIBED IN THE COURT'S ORDER OF FEBRUARY 22, 2008** |
14 |                                                                                                                                                                         |                           |
15 |                      Plaintiffs,                                                                                                                                        |                           |
16 |            v.                                                                                                                                                           |                           |
17 | **PACIFICORP, INC.**, an Oregon Corporation;                                                                                                                            |                           |
18 |                      Defendant.                                                                                                                                         | Judge:  Hon. William H. Alsup |

1  By order entered February 22, 2008, this Court provided that "[i]f within seven calendar days all plaintiffs' counsel sign and file a written undertaking to be jointly and severally responsible for all such incremental costs and fees attributable to the delay, then consolidation shall be allowed." Order at 8. "If plaintiffs counsel do not so agree, then this action shall be dismissed." *Id.* By this filing, PacifiCorp provides notice that Plaintiffs' counsel did not file an undertaking by February 29, 2008. Accordingly, PacifiCorp believes that the appropriate course is for the Court to enter an order vacating all pending dates in this case and dismissing the case with prejudice.

Dated: March 1, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/
Benjamin J. Horwich
Attorneys for Defendant PACIFICORP