United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KLAMATH RIVERKEEPER, a nonprofit
public benefit corporation, HOWARD
McCONNELL, LEAF G. HILLMAN,
ROBERT ATTEBERY, and BLYTHE REIS,

        Plaintiffs,

  v.

PACIFICORP, INC., an Oregon Corporation,

        Defendant.

_____/

No. C 07-06199 WHA

**NOTICE RE DISMISSING
ACTION**

      The order dated February 22, 2008, stated: "If within seven calendar days all plaintiffs' counsel sign and file a written undertaking to be jointly and severally responsible for all such incremental costs and fees attributable to the delay, then consolidation shall be allowed . . .  If plaintiffs' counsel do not so agree, then this action shall be dismissed.  The case schedule shall remain unchanged subject only to a motion to amend by the defense, which motion should be made, if at all, within 28 days" (Dkt. No. 27).  Plaintiffs' counsel have not signed and filed a written undertaking to date.  Unless plaintiffs' counsel advise the Court by **WEDNESDAY, MARCH 5, 2008**, at **NOON**, that there has been a mistake in its understanding of the record, the Court intends to follow its original ruling by **VACATING** all pending dates in this action and **DISMISSING** the action.

      **IT IS SO ORDERED.**

Dated:  March 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE