UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KLAMATH RIVERKEEPER et al,

        Plaintiff,

  v.

PACIFICORP INC. et al,

        Defendant.
                                    /

Case Number: CV07-06199 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert F. Kennedy
Kennedy & Madonna, LLP
48 Dewitt Mills Road
Hurley, NY 12443


Dated: March 7, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk